1  MORGAN, LEWIS & BOCKIUS LLP
   BRETT M. SCHUMAN, State Bar No. 189247
2  JOANNA K. SAX, State Bar No. 249124
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: bschuman@morganlewis.com
5  E-mail: jsax@morganlewis.com

6  Attorneys for Plaintiff
   Inc21.com Corporation d/b/a GlobalYP.net

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 Inc21.com Corporation d/b/a          Case No.   CV 08 2967 BZ
   GlobalYP.net,
13
                Plaintiff,
14                                      **PLAINTIFF INC21'S CERTIFICATION
        vs.                             OF INTERESTED ENTITIES OR
15                                      PERSONS PURSUANT TO CIVIL LOCAL
   Sheila Flora, Tracy Gomez, Hubbub Inc., RULE 3-16**
16 LRU Commtech Central, I2C- Intelligence
   to Communicate, Inc., Intelcon Call Center,
17 Badoles, Inc., Pelatis BPO Solutions,
   Proufic Contract Central, Technocall Corp.,
18 Digicall Inc., Zynergy Solutions, and
   Contact Central Solutions, Inc.
19
                Defendants.
20

21

22

23

24

25

26

27

28

PLAINTIFF INC21'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1-SF/7715303.1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

4  Dated: June 16, 2008

MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMAN
JOANNA K. SAX

By _____
Brett M. Schuman
Attorneys for Plaintiff
Inc21.com Corporation d/b/a GlobalYP.net

1
PLAINTIFF INC21'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1-SF/7715303.1