MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMAN, State Bar No. 189247
JOANNA K. SAX, State Bar No. 249124
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: bschuman@morganlewis.com
E-mail: jsax@morganlewis.com

Attorneys for Plaintiff
Inc21.com Corporation d/b/a GlobalYP.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Inc21.com Corporation d/b/a GlobalYP.net,<br><br>Plaintiff,<br><br>vs.<br><br>Sheila Flora, Tracy Gomez, Hubbub Inc., LRU Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Proufic Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc.<br><br>Defendants. | Case No. CV 08-2967 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 23, 2008                    MORGAN, LEWIS & BOCKIUS LLP

                                        By    //s//
                                            Joanna Sax
                                            Attorneys for Plaintiff
                                            Inc21.com Corporation d/b/a GlobalYP.net

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CASE NO. CV 08-2967 BZ

SF1 7717744.1