**United States District Court**

For the Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6 INC21.COM CORP.,                           No. C-08-02967 BZ

7            Plaintiff(s),                    NOTICE OF IMPENDING
                                             REASSIGNMENT TO A UNITED
8      v.                                     STATES DISTRICT COURT JUDGE

9 SHEILA FLORA, ET AL.,

10           Defendant(s).
   _____/
11

12       The Clerk of this Court will now randomly reassign this case to a United States District

13 Judge because either:

14       [X]  One or more of the parties has requested reassignment to a United States District Judge

15 or has not consented to the jurisdiction of a United States Magistrate Judge, or

16       [] One or more of the parties has sought a type of judicial action (e.g., a temporary

17 restraining order) that a United States Magistrate Judge may not take without the consent of all

18 parties, the necessary consents have not been secured, and time is of the essence.

19       ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

20 SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE

21 JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED..

22

23 Dated:  June 23, 2008

24                                       Richard W. Wieking, Clerk
                                        United States District Court
25                                      *Karen L. Hom*
                                        _____
26                                      By: Karen L. Hom
                                        Deputy Clerk
27 cc: Intake

28