| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | BRETT M. SCHUMANN, State Bar No. 189247 |
| 2 | JOANNA K. SAX, State Bar No. 249124 |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| 5 | Attorneys for Plaintiff |
| | INC21.COM CORPORATION d/b/a |
| 6 | GLOBALYP.NET |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Inc21.com Corporation d/b/a GlobalYP.net, | Case No. CV 08-02967 WHA |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc., | |
| Defendants, | |

The following documents were served on Defendants Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc., on Wednesday July 16, 2008:

- **SUMMONS IN A CIVIL ACTION**

- **ECF REGISTRATION INFORMATION HANDOUT**

- **CIVIL COVER SHEET and PLAINTIFF INC21'S COMPLAINT FOR VIOLATION OF THE TELEMARKETING AND CONSUMER FRAUD AND ABUSE PREVENTION ACT, BREACH OF CONTRACT, NEGLIGENCE, AND FRAUD**

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

- **PLAINTIFF INC21'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

- **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

- **REASSIGNMENT ORDER**

- **CLERK'S NOTICE RESCHEDULING HEARING**

- **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP**

- **PLAINTIFF INC21'S FIRST AMENDED COMPLAINT FOR VIOLATION OF THE TELEMARKETING AND CONSUMER FRAUD AND ABUSE PREVENTION ACT, BREACH OF CONTRACT, NEGLIGENCE AND FRAUD**

A Copy of the Proof of Service is attached hereto as <u>Exhibit A</u>.

Dated: July 17, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
Joanna Sax
Attorneys for Plaintiff
INC21.COM CORPORATION d/b/a
GLOBALYP.NET

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20766723.1

2

PROOF OF SERVICE

# EXHIBIT A

MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMANN, State Bar No. 189247
JOANNA K. SAX, State Bar No. 249124
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Plaintiff
INC21.COM CORPORATION d/b/a
GLOBALYP.NET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Inc21.com Corporation d/b/a GlobalYP.net,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc.,<br><br>　　　　　　　Defendants, | Case No. CV 08-02967 WHA<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20760035.2

PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **July 16, 2008**, I served the within document(s):

**SUMMONS IN A CIVIL ACTION**

**ECF REGISTRATION INFORMATION HANDOUT**

**CIVIL COVER SHEET and PLAINTIFF INC21'S COMPLAINT FOR VIOLATION OF THE TELEMARKETING AND CONSUMER FRAUD AND ABUSE PREVENTION ACT, BREACH OF CONTRACT, NEGLIGENCE, AND FRAUD**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**PLAINTIFF INC21'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

**REASSIGNMENT ORDER**

**CLERK'S NOTICE RESCHEDULING HEARING**

**SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP**

**PLAINTIFF INC21'S FIRST AMENDED COMPLAINT FOR VIOLATION OF THE TELEMARKETING AND CONSUMER FRAUD AND ABUSE PREVENTION ACT, BREACH OF CONTRACT, NEGLIGENCE AND FRAUD**

I caused a clerk of the United States District Court for the Northern District of California to mail, postage pre-paid, the above listed documents to the addresses on the attached service list via the United States Postal Service with signature and return receipt requested.

See Attached Service List

Executed on **July 16, 2008**, at San Francisco, California.

I declare under penalty of perjury that I am a member of the bar of this court and that the foregoing is true and correct.

Joanna Sax, Esq.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20760035.2

2

PROOF OF SERVICE

## Inc21 Service List

**Ma Sheila Flora**
3rd Floor
Bermejo Building
McKinley Street
Roxas City, Capiz, Philippines 5800

**I2C-Intelligence to Communicate, Inc.**
802 Globe Telecomm Plaza I
Pioneer, Mandaluyong City, Philippines 1550

**Tracy Gomez**
354 Arayat Street
Phase 3 County Homes Bizgy Putatan
Muntinlupa City, Philippines 1770

**Intelcon Call Center**
Valencia Bldg
Las Pinas City, Philippines 1740

**Contact Central Solutions, Inc.**
5 E. Lopez Street
Varo Iloilo City, Philippines 5000

**Badoles, Inc.**
Arnaldo Bomfacio
3rd Floor
Bermejo Building
McKinley Street
Roxas City, Capiz, Philippines 5800

**Hubbub Inc.**
401 Adriatico Executive Center
1920 M. Adriatico Street
Malate, Manila, Philippines 1004

**Pelatis BPO Solutions**
5th Floor, San Miguel PPI Corporate Center
St. Francis Avenue Ortigas Center
Mandaluyong City, Philippines 1550

**LKU Commtech Central**
Door #4 No. 1 Benedicto Street
Jaro, Iloilo City, Philippines 5000

**Prolific Contact Central**
Juareuo Building
No. 1 P. Oliveros Street
Mandaluyong City, Manila, Philippines 1550

**Technocall Corporation**
56 Benedicto Street
Jaro District
Iloilo City, Philippines 5000

**Zynergy Solutions**
Unit 403 Adriatico Executive Center
1920 M. Adriatico Street
Malate, Manila, Philippines 1004

**Digicall, Inc.**
E. Lopez Street
Iloilo City, Philippines 5000