MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMANN, State Bar No. 189247
JOANNA K. SAX, State Bar No. 249124
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Plaintiff
INC21.COM CORPORATION d/b/a
GLOBALYP.NET

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Inc21.com Corporation d/b/a GlobalYP.net,<br><br>        Plaintiff,<br><br>vs.<br><br>Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc.,<br><br>        Defendants. | Case No. CV 08-02967 WHA<br><br>**PROOF OF SERVICE BY PUBLICATION** |

The following defendants: Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc., were served by publication of the above titled action.

DB2/20807411.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE BY PUBLICATION; CASE NO. CV 08-02967 WHA

1    A true and correct copy of the declaration of Domingo Castillo and attachments thereto

2    state the service of above named defendants by publication and is attached hereto as <u>Exhibit A</u>.

3    Dated: August 13, 2008                    MORGAN, LEWIS & BOCKIUS LLP

4

5                                            By:                    /s/

6                                                Joanna Sax
                                                 Attorneys for Plaintiff
7                                                INC21.COM CORPORATION d/b/a
                                                 GLOBALYP.NET

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DB2/20807411.1                    2

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE BY PUBLICATION; CASE NO. CV 08-02967 WHA

# EXHIBIT A

1  MORGAN, LEWIS & BOCKIUS LLP
   BRETT M. SCHUMAN, State Bar No. 189247
2  JOANNA K. SAX, State Bar No. 249124
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: bschuman@morganlewis.com
5  E-mail: jsax@morganlewis.com

6  Attorneys for Plaintiff
   Inc21.com Corporation d/b/a GlobalYP.net
7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | Inc21.com Corporation d/b/a        | Case No. C 08-02967 WHA
   | GlobalYP.net,
13 |
   |        Plaintiff,                  | **DECLARATION OF DOMINGO
14 |                                    | CASTILLO**
   |        vs.
15 |
   | Ma Sheila Flora, Tracy Gomez, Hubbub
16 | Inc., LKU Commtech Central, I2C-
   | Intelligence to Communicate, Inc., Intelcon
17 | Call Center, Badoles, Inc., Pelatis BPO
   | Solutions, Prolific Contract Central,
18 | Technocall Corp., Digicall Inc., Zynergy
   | Solutions, and Contact Central Solutions,
19 | Inc.
   |
20 |        Defendants.

21

22 I, Domingo Castillo, hereby declare that:

23        1.  I am an attorney licensed to practice law in the Philippines and am partner in the

24 law firm of SyCip Salazar Hernandez and Gatmaitan.

25        2.  I was admitted to the Philippine bar in 1978 and have been actively practicing law

26 for 30 years.

27

28

1    3.  I am readily familiar with the Philippine legal requirements for service of

2  summons.  Service by publication is a permitted method of service under Philippine law.  A true

3  and correct copy of the applicable Philippine law, more particularly, Section 19, Rule 14 of the

4  1997 Philippine Rules of Civil Procedure which is attached hereto as Exhibit 1.

5    4.  In accordance with Philippine law, I arranged for a notice of Inc21.com

6  Corporation's Complaint against Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech

7  Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO

8  Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and

9  Contact Central Solutions, Inc. ("Notice") to be published in a newspaper of general circulation.

10    5.  On July 27, 2008, the *Philippine Star* published the notice.  The *Philippine Star* is

11  a newspaper of general circulation in the Philippines.  Attached hereto as Exhibit 2 is a true and

12  correct copy of the published notice.

13    6.  In accordance with Philippine law, I arranged for a Publisher's Affidavit to be

14  executed to testify as to the publication of the notice.  Attached hereto as Exhibit 3 is a true and

15  correct copy of the Publisher's Affidavit.

16    7.  I executed the attached affidavit showing the deposit of the notice and the

17  Publisher's Affidavit plus a letter addressed to the named defendants above which were addressed

18  to the named defendants above which were sent by registered mail with return card to their

19  respective last known address.  Attached hereto as Exhibit 4 is a true and correct copy of my

20  Affidavit.

21    8.  The publication of the Notice in the *Philippine Star*, a newspaper of general

22  circulation, and the Publisher's Affidavit, satisfy the requirements of service by publication under

23  Philippine law.

24    I declare under penalty of perjury under the laws of the Philippines that the

25  foregoing is true and correct and that this declaration was executed on August 5, 2008 at Makati

26  City, Philippines.

27

28    _____

Domingo Castillo

1

DECLARATION OF DOMINGO CASTILLO; C 08-02967 WHA

interest therein, or the property of the defendant has been attached within the Philippines, service may, by leave of court, be effected out of the Philippines by personal service as under Section 6; or by publication in a newspaper of general circulation in such places and for such time as the court may order, in which case a copy of the summons and order of the court shall be sent by registered mail to the last known address of the defendant, or in any other manner the court may deem sufficient. Any order granting such leave shall specify a reasonable time, which shall not be less than sixty (60) days after notice, within which the defendant must answer. (17a)

SECTION 16.   *Residents Temporarily Out of the Philippines.* — When any action is commenced against a defendant who ordinarily resides within the Philippines, but who is temporarily out of it, service may, by leave of court, be also effected out of the Philippines, as under the preceding section. (18a)

SECTION 17.   *Leave of Court.* — Any application to the court under this Rule for leave to effect service in any manner for which leave of court is necessary shall be made by motion in writing, supported by affidavit of the plaintiff or some person on his behalf, setting forth the grounds for the application. (19)

SECTION 18.   *Proof of Service.* — The proof of service of a summons shall be made in writing by the server and shall set forth the manner, place, and date of service; shall specify any papers which have been served with the process and the name of the person who received the same; and shall be sworn to when made by a person other than a sheriff or his deputy. (20)

SECTION 19.   *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address. (21)

SECTION 20.   *Voluntary Appearance.* — The defendant's voluntary appearance in the action shall be equivalent to service of summons. The inclusion in a motion to dismiss of other grounds aside from lack of jurisdiction over the person of the defendant shall not be deemed a voluntary appearance. (23a)

## RULE 15

TO: MA SHEILA FLORA, TRACY GOMEZ, HUBBUB INC., LKU COMMTECH CENTRAL, I2C- INTELLIGENCE TO COMMUNICATE, INC., INTELCON CALL CENTER, BADOLES, INC., PELATIS BPO SOLUTIONS, PROLIFIC CONTRACT CENTRAL, TECHNOCALL CORP., DIGICALL INC., ZYNERGY SOLUTIONS, AND CONTACT CENTRAL SOLUTIONS, INC.

A lawsuit has been filed against you in the United States District Court for the Northern District of California in San Francisco, California as shown in the caption below:

| | |
|---|---|
| Inc21.com Corporation d/b/a<br>GlobalYP.net,<br><br>                   Plaintiff,<br><br>        vs.<br><br>Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc.<br><br>              Defendants. | Case No. C 08-02967 WHA<br><br><br>PLAINTIFF INC21' S FIRST AMENDED COMPLAINT FOR VIOLATION OF THE TELEMARKETING AND CONSUMER FRAUD AND ABUSE PREVENTION ACT, BREACH OF CONTRACT, NEGLIGENCE, AND FRAUD<br><br><br>DEMAND FOR JURY TRIAL |

Within 30 days after publication of this notice (not counting the day the publication was printed), you must file and serve on the plaintiff's attorneys an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. A copy of the complaint is available from the plaintiff's attorneys, whose name and address are below. The plaintiff's attorneys' name and address are:

Brett M. Schuman, Esq.
Joanna K. Sax, Esq.
Morgan, Lewis &Bockius LLP
One Market Plaza, Spear Street Tower
San Francisco, CA 94105

If you fail to timely serve an answer on the plaintiff's attorney, judgment by default will be entered against you for the relief demanded in the complaint.

Notice Prepared By:   MORGAN, LEWIS & BOCKIUS LLP
                             BRETT M. SCHUMAN
                             JOANNA K. SAX
                             Attorneys for Plaintiff
                             Inc21.com Corporation d/b/a GlobalYP.net

REPUBLIC OF THE PHILIPPINES }
CITY OF MAKATI              } s.s.

## AFFIDAVIT OF PUBLICATION

I, **ARLYN F. SERVAÑEZ**, of legal age, single, Filipino and with office address at c/o **PhilSTAR Daily, Inc.**, 202 Railroad Street corner Roberto S. Oca Street, Port Area, Manila, after being duly sworn to in accordance with law depose.

That I am the **CLASSIFINDER MANAGER** of the **PhilStar Daily, Inc.** a domestic corporation duly organized and existing under by virtue of Philippine laws with office and business address at 202 Railroad Street corner Roberto S. Oca Street, Port Area, Manila.

That the said corporation publishes **THE PHILIPPINE STAR**, a daily broadsheet newspaper published in English and of general circulation.

That ........................................ der of    ATTY. DOMINGO G. CASTILLO

.................................................... ed as follows            NOTICE

.................................................... ee attached printed text) had been
.................................................... d in **The Philippine STAR** in its issue/s of:

July 27, 2008

*(signature)*
**ARLYN F. SERVAÑEZ**
Affiant

SUBCRIBED AND SWORN to before me this 29TH day of July 2008 affiant exhibited to me her Community Tax Certificate No. 07591617 issued at Quezon City on Jahuary 3, 2008.

*(signature)*
**EMMANUEL C. PARAS**
Notary Public for Makati City
Appointment No. 42 until Dec. 31, 2008
Roll of Attorney No. 27102
PTR No. 0669283; 1/10/2008; Makati City
IBP No. 729465; Dec. 27, 2007; Makati Chapter
8GHQ Law Centre, 106 Paseo de Roxas
Makati City, 1226 Metro Manila
Philippines

Doc. No    147
Page No    31
Book No    213
Series of    2008

**AFFIDAVIT**

I, **DOMINGO G. CASTILLO**, Filipino, of legal age, with office address at 7th Floor SSHG Law Centre, 105 Paseo de Roxas, Makati City, after being duly sworn according to law hereby depose and state:

1.      I am a Partner of the law firm of SyCip Salazar Hernandez & Gatmaitan with address at SSHG Law Centre, 105 Paseo de Roxas, Makati City.

2.      I was instructed by the law firm of Morgan, Lewis & Bockius LLP (through Ms. Joanna Sax) to effect the proof of service by publication in a newspaper of general circulation in the Philippines to the following defendants in Case No. C 08-02967 WHA, entitled *"Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."* where the notice of jury trial was requested to be published.

3.      As a result thereof, I caused the publication of notice of jury trial in the July 27, 2008 issue of the Philippine Star where a Publisher's Affidavit was issued.

4.      In compliance with Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure, I sent the attached letters to the named defendants above to their last known addresses by registered mail with return card where the registry receipt numbers corresponding to the defendants are appended on the right-hand portion to each of the letters (Annexes "A" to "M").

5.      I am executing this Affidavit in compliance with Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

AFFIANT FURTHER SAYETH NAUGHT.

**DOMINGO G. CASTILLO**
Affiant

REPUBLIC OF THE PHILIPPINES)
MAKATI CITY                ) S.S.

   **BEFORE ME**, a Notary Public in and for Makati City, this _5th_ day of August
2008 personally appeared Domingo G. Castillo with Community Tax Certificate No.
07598678 issued in Quezon City on January 4, 2008 who acknowledged to me that the same
is his free and voluntary act and deed.

   **WITNESS MY HAND AND SEAL** on the date and the place first above written.

Doc. No. _2_ ;
Page No. _2_ ;
Book No. _I_ ;
Series of 2008.

File No. 9156-1-1

NESTLE C. LIZARDO
Notary Public for Makati City
Appointment No. M-447 until Dec. 31, 2009
Roll of Attorney No. 54491
PTR No. 0959182J; 01/10/08; Makati City
IBP No. 729444; 12/27/07; PPLM Chapter
SSHG Law Centre, 105 Paseo de Roxas
Makati City, 1226 Metro Manila, Philippines

ANNEX "A"



**SyCip**
**Salazar**
**Hernandez**
**& Gatmaitan**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
       (63-2) 817-2001 to 09
Fax:   (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globenet.com.ph
        sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
       (63-32) 233-1950; 233-1861
Fax:   (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2851; 221-3917
       (63-82) 224-2742
Fax:   (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO G. HERNANDEZ (1960-98)

http://www.syciplaw.com

July 30, 2008

**Digicall, Inc.**
E. Lopez Street
Jaro 5000 Iloilo City

Dear Sir:

We are forwarding to you, for your files and information, copies of [the?]
Affidavit including therein the clipping of the notice for jury trial in Case N[o.]
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheil[a]
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Comm[…]
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Cor[…]
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central S[…]
We are sending this through registered mail with return card to comply with [the terms?]
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

*Domingo G. Castillo*

Domingo G. Castillo

SENIOR ASSOCIATES   CECILE M.E. CARO-SELVAGGIO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANIGBATAN • PHILBERT E. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANAIG • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY I. ARCENUE • MARIE CORINNE T. BALBIDO • MARY KRISTERIE A. BALEVA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETTO • MELLYJANE G. BERTILLO • CELIA CRISTINA ROSARIO L. CABRERA • BRYANT G. CASW • ANGELINE L. CHONG • EMILY ZEN Y. CHUA • ROSALYN S. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEÓN • REYNA FAITH B. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMBRIQUE, JR. • MICHELLE ANN G. ERUM • RIA LIDIA G. ESPINA • LIANNE MARIE R. GERVASIO • ANGEL LOVE M. GO • GONZALO D.V. GO III
HYASMIN H. LAPITAN • FRANCO ARISTOTLE G. LARCINA • JENNIFER JILL I. LIM • JOANNE M. LIM • CARMEN AMPARO B. LIMGENCO • NESTLE C. LIZARDO • RONALD MARK C. LLENO • CHRISTIAN B. LUDO • ROMEO D. LUMAGUI, JR.
KATHLYN G. MADRID • GLYNNIS THERESA C. MATRIZ • ALLAN VERMAN Y. ONG • ANDRE C. PALACIOS • ELEANOR KATHRYN G. RABUY • CECILY HENSSIE C. RAMIREZ • ROSALIE R. RAMIREZ • LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO • MAY ANN R. ROSALES • AARON ROI B. RITURBAN • CARMELA L. SACASAS • CLAIRE L. C. SALVA-SIA • LEAH G. SAMSON • JONAS EMANUEL S. SANTOS • MARIA CECILIA T. SICANGCO • EMMIE-LOU L. SIONGCO
LEIGHNA KATRINA S. SITOY • AVA L. TABILA • MAIRCAR JOY TANEDA-TALLO • JOSEPHINA NANCE L. TAPIA • ANNALYN C. TAYAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

t July 2008

**ANNEX "B"**



**SyCip SALAZAR HERNANDEZ & GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
        (63-2) 817-2001 to 09
Fax:   (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globenet.com.ph
         sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
        (63-32) 233-1950; 233-1861
Fax:   (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajad
8000 Davao City
Philippines
Phone:(63-82) 222-2851; 22
        (63-82) 224-2742
Fax:   (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

July 30, 2008

**Zynergy Solutions**
Unit 403 Adriatico Executive Center
1920 M. Adriatico Street, Malate
1004 Manila

Dear Sir:

We are forwarding to you, for your files and information, copies
Affidavit including therein the clipping of the notice for jury trial in Cas
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. S
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to C
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

**Domingo G. Castillo**

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75(
LUCIANO E. SALAZAR (1945-81)
BENILDO G. HERNANDEZ (1960-98)

http://www.syciplaw.com

SENIOR ASSOCIATES   CECILE M.E. CARO-SELVAGGIO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANIGBATAN • PHILBERT E. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANAIG • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY I. ARCENUE • MARIE CORENNE T. BALBIDO • MARY KRISTERIE A. BALEVA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO • MELVJANE G. BERTILLO • CELIA CRISTINA ROSARIO L. CABRERA • BRYANT G. CASIW • ANGELINE L. CHONG • EMILY ZEN Y. CHUA • ROSALIN S. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEON • REYNA FAITH B. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMBRIQUE, JR. • MCHELLIS ANN G. ERUM • RIA LIDIA G. ESPINA • LIANNE MARIE R. GERVASIO • ANGEL LOVE M. GO • GONZALO D.V. GO III
HYASMIN H. LAPITAN • FRANCO ARISTOTLE G. LARCINA • JENNIFER JILL I. LIM • JOANNE M. LIM • CARMEN AMPARO P. LIMGENCO • NESTLE C. LIZARDO • RONALD MARK C. LLENO • CHRISTIAN B. LLIDO • ROMEO D. LUMAGUI, JR.
KATHLYN G. MADRID • GLYNNIS THERESA C. MATRIZ • ALLAN VERMAN Y. ONG • ANDRE C. PALACIOS • ELEANOR KATHRYN Q. PANTY • CECILY MERISSE C. RAMIREZ • ROSALIE R. RAMIREZ • LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO • MAY ANN R. ROSALES • AARON ROI B. RITURBAN • CARMELA L. SACASAS • CLAIRE L. C. SALVA-SIA • LEAH G. SAMSON • JONAS EMANUEL S. SANTOS • MARIA CECILIA T. SICANGCO • EMME-LOU L. SIONGCO
LEIGHNA KATRINA S. SITOY • AVA L. TABILA • MARICAR JOY TAMBA-TALLO • JOSEPHINA NANCE L. TAPIA • ANNALYN C. TAYAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

1 July 2008

ANNEX "C"

**SyCip SALAZAR HERNANDEZ & GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
       (63-2) 817-2001 to 09
Fax:   (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globenet.com.ph
        sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
       (63-32) 233-1950; 233-1861
Fax:   (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2851; 221-3917
Fax:   (63-82) 224-2742
       (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

July 30, 2008

Prolific Contact Central
Juareuo Builidng
No. 1 P. Olivero Street
1550 Mandaluyong City

Dear Sir:

We are forwarding to you, for your files and information, copies of the P
Affidavit including therein the clipping of the notice for jury trial in Case No. C
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Flo
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communic
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central,
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO O. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
*Senior Counsel*

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
*Of Counsel*

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
*Special Counsel*

CELIA B. YANG
*Senior Management Consultant*

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
GERNELO G. HERNANDEZ (1960-98)

http://www.syciplaw.com

SENIOR ASSOCIATES  CECILE M.S. CARO-SELVAGGIO · RODELLE B. BOLANTE · ANNALISA J. CARLOTA · BENEDICTO P. PANIGBATAN · PHILBERT E. VARONA · KAREN B. CAPARROS-ARGUILLANO · KRISTINE N.P. LACSON-EVANGELISTA
ASSOCIATES  JAN CELINE C. ABAÑO · RUBEN P. ACEBEDO · ABRAHAM REY M. ACOSTA · CAMILLE R. ALCARAZ-CAMPOS · JOY I. ARCINUE · MARIE CORINNE T. BALBIDO · MARY KRISTERIE A. BALEVA · ANGELO M. BARCELONA



ANNEX "D"

# SyCip Salazar Hernandez & Gatmaitan
## ATTORNEYS-AT-LAW

**MANILA**
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone: (63-2) 817-9811 to 20
       (63-2) 817-2001 to 09
Fax:   (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globenet.com.ph
        sshg@syciplaw.com

**CEBU**
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone: (63-32) 233-121 1 to 13
       (63-32) 233-1950; 233-1861
Fax:   (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

**DAVAO**
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone: (63-82) 222-2851; 221-3917
       (63-82) 224-2742
Fax:   (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-93)
BENILDO G. HERNANDEZ (1960-98)

July 30, 2008

**LKU Commtech Central**
Door #4 No. 1 Benedicto Street
Jaro, 5000 Iloilo City

Dear Sir:

We are forwarding to you, for your files and information, copies of the Affidavit including therein the clipping of the notice for jury trial in Case No. WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Commun Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contra Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc." We are sending this through registered mail with return card to comply with the provisions of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"**SECTION 19.** *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

*[signature]*

**Domingo G. Castillo**

SENIOR ASSOCIATES   CECILE M.E. CARO-SELVAGGIO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANIGBATAN • PHILBERT E. VARONA • KAREN S. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANALO • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY I. ARCENAS • MARIE CORINNE T. BALBIDO • MARY KRISTERNE A. BALEVA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO • MELKIANE G. BERTILLO • CELIA CRISTINA ROSARIO L. CABRERA • BRYANT O. CASIW • ANGELINE L. CHONG • EMILY ZEN Y. CHUA • ROSALYN S. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEON • REINA FAITH B. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMBRIGUE, JR. • MICHELLE ANN O. ERUM • RIA LIDIA G. ESPINA • LIANNE MARIE R. GERVASIO • ANGEL LOVE M. GO • GONZALO D.V. GO III
NIYASMIN H. LAPITAN • FRANCO ARISTOTLE G. LARCINA • JENNIFER JILL I. LIM • JOANNE M. LIM • CARMEN AMPARO P. LIMGENCO • NESTLE C. LIZARDO • RONALD MARIE C. LLENO • CHRISTIAN B. LUDO • ROMEO D. LUMAGUI, JR.
KATHLYN G. MADRID • GLYNNIS THERESA C. MATRIZ • ALLAN VERMAN Y. ONG • ANDRE C. PALACIOS • ELEANOR KATHRYN G. HARLEY • CECILY NERISSE C. RAMIREZ • ROSALIE R. RAMIREZ • LIZA MICHELLE R. RAMOS
LEIGHNIA KATRINA S. SITOY • AVA L. TABILA • MARICAR JOY TANEDA-TALLO • JOSEPHINA NANCE L. TAPIA • ANNALYN C. TAYAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

JEFFREY L. RAVELO • MAY ANN R. ROSALES • AARON ROI B. RITURBAN • CARMELA L. SACASAS • CLAIRE L. C. SALVA-SIA • LEAH G. SAMSON • JONAS EMANUEL S. SANTOS • MARIA CECILIA T. SICANGCO • EMMIE-LOU L. SONGCO

http://www.syciplaw.com

ANNEX "E"

**SyCip**
**SALAZAR**
**HERNANDEZ**
**& GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo de Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
(63-2) 817-2001 to 09
Fax: (63-2) 817-3896; 817-3567
E-Mail: sycipIaw@globessl.com.ph
sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
(63-32) 233-1950; 233-1861
Fax: (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2851; 221-3917
(63-82) 224-2742
Fax: (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO H. HERNANDEZ (1960-98)
http://www.syciplaw.com

July 30, 2008

Pelatis BPO Solutions
5th Floor, San Miguel PPI Corporate Center
St. Francis Avenue, Ortigas Center
1550 Mandaluyong City

Dear Sir:

    We are forwarding to you, for your files and information, copies of the Affidavit including therein the clipping of the notice for jury trial in Case No. WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communicate, inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc." We are sending this through registered mail with return card to comply with the provisions of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

    "SECTION 19. *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

*Domingo G. Castillo*

Domingo G. Castillo

SENIOR ASSOCIATES  CECILE M.E. CARO-SELVAGGIO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANIGBATAN • PHILBERT E. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANAIG • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES  JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY L. ARCINUE • MARIE CORINNE T. BALBIDO • MARY KRISTERIE A. BALEVA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO • MELKJANE G. BERTILLO • CELIA CRISTINA ROSARIO L. CABRERA • BRYANT G. CASIW • ANGELINE L. CHONG • EMILY ZEN Y. CHUA • ROSALYN S. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEON • REYNA FAITH B. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMBRIQUE, JR. • MICHELLE ANN G. EXIUM • RIA LIDIA G. ESPINA • LIANNE MARIE R. GERVASIO • ANGEL LOVE M. GO • GONZALO D.V. GO III
HYASMIN N. LAPITAN • FRANCO ARISTOTLE G. LARENAS • JENNIFER JILL I. LIM • JOANNE M. LIM • CARMEN AMPARO P. LIMGENCO • NESTLE C. LIZARDO • RONALD MARK C. LLENO • CHRISTIAN B. LLIDO • ROMEO D. LUMAGUI, JR.
KATHLYN G. MADRID • GLYNNIS THERESA C. MATREZ • ALLAN VERMAN Y. ONG • ANDRE C. PALACIOS • ELEANOR KATHRYN G. RABUY • CECILY NERISSE C. RAMIREZ • ROSALIE R. RAMIREZ • LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO • MAY ANN R. ROSALES • AARON ROI B. RITURBAN • CARMELA L. SACASAS • CLAIRE L. C. SALVA-SIA • LEAH G. SAMSON • JONAS EMANUEL S. SANTOS • MARIA CECILIA T. SICANGCO • EMMIE-LOU L. SIONGCO
LEIGHNA KATRINA S. SITOY • AVA L. TABILA • MARICAR JOY TANEDA-TALLO • JOSEPHINA NANCE L. TAPIA • ANNALYN C. TAYAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

1 July 2008

ANNEX "F"

**SyCip**
**Salazar**
**Hernandez**
**& Gatmaitan**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
        (63-2) 817-2001 to 09
Fax:   (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globemail.com.ph
        sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
        (63-32) 233-1950; 233-1861
Fax:   (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2851; 221-3917
        (63-82) 224-2742
Fax:   (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

July 30, 2008

**Hubbub Inc.**
401 Adriatico Executive Center
1920 M. Adriatico Street, Malate
1004 Manila

Dear Sir:

We are forwarding to you, for your files and information, copies of the Affidavit including therein the clipping of the notice for jury trial in Case No. WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila F Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Commu Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc." We are sending this through registered mail with return card to comply with the provisions of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

ANNEX "G"

## SYCIP SALAZAR HERNANDEZ & GATMAITAN
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
(63-2) 817-2001 to 09
Fax: (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globe.net.com.ph
sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
(63-32) 233-1950; 233-1861
Fax: (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2851; 221-3917
(63-82) 224-2742
Fax: (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC C. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA M. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO G. HERNANDEZ (1960-98)

http://www.syciplaw.com

July 30, 2008

Badoles, Inc.
3rd Floor, Bermejo Building
McKinley Street, Roxas City
5800 Capiz

Dear Sir:

We are forwarding to you, for your files and information, copies of the Affidavit including therein the clipping of the notice for jury trial in Case No. WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Comm Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Con Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."

We are sending this through registered mail with return card to comply with the provisions of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

SENIOR ASSOCIATES   CECILE M.E. CARO-SELVAGGIO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANIGBATAN • PHILBERT E. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANAIG • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY L. ARCINUE • MARIE CORINNE T. BALBIDO • MARY KRISTERIE A. BALEVA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO • MELAJANE G. BERTILLO • CELIA CRISTINA ROSARIO L. CABRERA • BRYANT G. CASIW • ANGELINE L. CHONG • EMILY ZEN Y. CHUA • ROSALYN S. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEON • REYMA FAITH B. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMBRIGUE, JR • MICHELLE ANN E. DE LEON • RIA LIDIA G. ESPINA • LIANNE MARIE R. GERVASIO • ANGEL LOVE M. GO • GONZALO D.V. GO III
HYASMIN N. LAPITAN • FRANCO ARISTOTLE G. LARCINA • JENNIFER JILL I. LIM • JOANNE M. LIM • CARMEN AMPARO P. LIMGENCO • NESTLE C. LIZARDO • RONALD MARIE C. LLENO • CHRISTIAN B. LLIDO • ROMEO D. LUMAGUI, JR
KATHLYN G. MADRID • GLYNNIS THERESA C. MATRIZ • ALLAN VERMAN Y. ONG • ANDRÉ C. PALACIOS • ELEANOR KATHRYN G. RABUY • CECILY NERISSE C. RAMIREZ • ROSALIE R. RAMIREZ • LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO • MAY ANN R. ROSALES • AARON ROI B. RITURBAN • CARMELA L. SACASAS • CLAIRE L. C. SALVA-SIA • LEAH G. SAMSON • JONAS EMANUEL S. SANTOS • MARIA CECILIA T. SICANGCO • EMMIE-LOU L. SIONGCO
LEIGHNA RATRINA S. SITOY • AVA L. TABILA • MARICAR JOY TANEDA-TALLO • JOSEPHINA KANCE L. TAPIA • ANNALYN C. TAYAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

1 July 2008

ANNEX "H"

# SyCip Salazar Hernandez & Gatmaitan
## ATTORNEYS-AT-LAW

**MANILA**
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
       (63-2) 817-2001 to 09
Fax:   (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globenet.com.ph
        sshg@syciplaw.com

**CEBU**
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
       (63-32) 233-1950; 239-1861
Fax:   (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

**DAVAO**
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2651; 221-3917
       (63-82) 224-2742
Fax:   (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

July 30, 2008

Contract Central Solutions, Inc.
5 E. Lopez Street
Jaro, Iloilo City 5000

Dear Sir:

We are forwarding to you, for your files and information, copies of the Affidavit including therein the clipping of the notice for jury trial in Case No. WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila P. Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Commun Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contra Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solut We are sending this through registered mail with return card to comply with the provisions of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"**SECTION 19.** *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO G. HERNANDEZ (1960-98)

http://www.syciplaw.com

SENIOR ASSOCIATES  CECILE M.E. CARO-SELVAGGIO · RODELLE B. BOLANTE · ANNALISA J. CARLOTA · BENEDICTO P. PANIGBATAN · PHILBERT E. VARONA · KAREN B. CAPARROS-ARQUILLANO · KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANAIG · MARIANNE M. MIGUEL · RANDY T. CENIZA · RUSSEL L. RODRIGUEZ

ASSOCIATES  JAN CELINE C. ABAÑO · RUBEN P. ACEDEDO · ABRAHAM REY M. ACOSTA · CAMILLE R. ALCARAZ-CAMPOS · JOY I. ARCINUE · MARIE CORINNE T. BALBIDO · MARY KRISTERIE A. BALEVA · ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO · MELYJANE G. BERTILLO · CELIA CRISTINA ROSARIO L. CABRERA · BRYANT G. CASIW · ANGELINE L. CHONG · EMILY ZEN Y. CHUA · ROSALYN S. CO · CELESTE MARIE R. CRUZ · JOHN PAUL V. DE LEON
KATRINA P. DE LEON · REYNA FAITH B. DEPASUCAT · JOAN A. DE VENECIA · VICENTE C. DUMBRIGUE, JR. · MICHELLE ANN G. ERUM · RIA LIDIA G. ESPINA · LIANNE MARIE R. GERVASIO · ANGEL LOVE M. GO · GONZALO D.V. GO III
HYIASMIN H. LAFITAN · FRANCO ARISTOTLE Q. LARCINA · JENNIFER JILL I. LIM · JOANNE M. LIM · CARMEN AMPARO P. LINGENCO · NESTLE C. LIZARDO · RONALD MARK C. LLENO · CHRISTIAN B. LLIDO · ROMEO D. LUMAGUI, JR.
KATHLYN G. MADRID · GLYNNIS THERESA C. MATRIZ · ALLAN VERMAN Y. ONG · ANDRE C. PALACIOS · ELEANOR KATHRYN G. RABUY · CHOLY NERISSE C. RAMIREZ · ROSALIE R. RAMIREZ · LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO · MAY ANN R. ROSALES · AARON ROI B. RITURBAN · CARMELA L. SACASAS · CLAIRE L. C. SALVA-SIA · LEAH G. SAMSON · JONAS EMANUEL B. SANTOS · MARIA CECILIA T. SICANGCO · ENMIE-LOU L. SIONGCO
LEIGHNA KATRINA S. SITOY · AVA L. TABILA · MARICAR JOY TANEDA-TALLO · JOSEPHINA NANCE L. TAPIA · ANNALYN C. TAYAG · MARIA INEZ C. TOGLE · SHEILAH MARIE P. TOMARONG · CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO · ERWIN P. ZALES · CARLITO V. ZARAGOZA

1 July 2008

**SYCIP SALAZAR HERNANDEZ & GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
       (63-2) 817-2001 to 09
Fax:  (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globenet.com.ph
        sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
       (63-32) 233-1950; 233-1861
Fax:  (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2851; 221-3917
Fax:  (63-82) 224-2742
       (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO C. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO G. HERNANDEZ (1960-98)

http://www.syciplaw.com

July 30, 2008

Intelcon Call Center
Valencia Building
1740 Las Piñas City

Dear Sir::

    We are forwarding to you, for your files and information, copies of the P
Affidavit including therein the clipping of the notice for jury trial in Case No. C
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Flo
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communi
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contrac
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, etc.
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

    "SECTION 19. *Proof of Service by Publication*. — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

                                        Very truly yours,

                                        Domingo G. Castillo

SENIOR ASSOCIATES  CECILE M.E. CARO-SELVAGGIO · RODELLE B. BOLANTE · ANNALISA J. CARLOTA · BENEDICTO P. PANIGBATAN · PHILBERT E. VARONA · KAREN B. CAPARROS-ARQUILLANO · KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANAIG · MARIANNE M. MIGUEL · RANDY T. DENIZA · RUSSEL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO · RUBEN P. ACEBEDO · ABRAHAM REY M. ACOSTA · CAMILLE R. ALCARAZ-CAMPOS · JOY I. ARCINUE · MARIE CORINNE T. BALINDO · MARY KRISTERRE A. BALEVA · ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO · MELYJANE G. BERTILLO · CELIA CRISTINA ROSARIO L. CABRERA · BRYANT G. CASW · ANGELINE L. CHONG · EMILY ZEN Y. CHUA · ROSALYN S. CO · CELESTE MARIE R. CRUZ · JOHN PAUL V. DE LEON
KATRINA F. DE LEON · RICHA FAITH B. DEPASUCAT · JOAN A. DE VENECIA · VICENTE C. DUMBRIGUE, JR. · MICHELLE ANN G. ERUM · RIA LIDIA G. ESPINA · LIANNE MARIE R. GERVASIO · ANGEL LOVE M. GO · GONZALO D.V. GO III
HYASMEN H. LAPITAN · FRANCO ARISTOTLE G. LARCINA · JENNIFER JILL I. LIM · JOANNE M. LIM · CARMEN AMPARO P. LINGENCO · NESTLE C. LIZARDO · RONALD MARK C. LLENO · CHRISTIAN B. LLIDO · ROMEO D. LUMAGUI, JR.
KATHLYN G. MADRID · GLYNNIS THERESA C. MATREZ · ALLAN SHIMAR Y. ONG · ANDRÉ C. PALACIOS · ELEANOR KATHRYN G. RABUY · CECILY NERISSE C. RAMIREZ · ROSALIE R. RAMIREZ · LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO · MAY ANN R. ROSALES · AARON ROI B. RITURBAN · CARMELA L. SACASAS · CLAIRE L. C. SALVA-SIA · LEAH G. SAMSON · JONAS EMANUEL B. SANTOS · MARIA CECILIA T. SICANGCO · EMMIE-LOU L. SIONGCO
LEIGHNA KATRINA S. SITOY · AVA L. TABILA · MARICAR JOY TANEDA-TALLO · JOSEPHINA NANCE L. TAPIA · ANNALYN C. TAYAG · MARIA INEZ C. TOGLE · SHEILAH MARIE F. TOMARONG · CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO · ERWIN F. ZALES · CARLITO V. ZARAGOZA

1 July 2008

ANNEX J

**SYCIP SALAZAR HERNANDEZ & GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
       (63-2) 817-2001 to 09
Fax:  (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globenet.com.ph
        sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
       (63-32) 233-1950; 233-1861
Fax:  (63-32) 233-1682
E-Mail: syciplaw-cebu@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2851; 221-3917
       (63-82) 224-2742
Fax:  (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO G. HERNANDEZ (1960-88)

http://www.syciplaw.com

July 30, 2008

Ms. Tracy Gomez
354 Arayat Street, Phase 3
County Homes Brgy. Putatan
1770 Muntinlupa City

Dear Ms. Gomez:

We are forwarding to you, for your files and information, copies of the
Affidavit including therein the clipping of the notice for jury trial in Case No. (
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila F
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Commu
IntelCon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

SENIOR ASSOCIATES   CECILE M.E. CARO-SELVAGGIO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANIGBATAN • PHILBERT E. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANALIG • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY I. ARCINUE • MARIE CORINNE T. BALEDIO • MARY KRISTERIE A. BALEVA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO • MELVJANIE G. BERTILLO • CELIA CRISTINA ROSARIO L. CABRERA • BRYANT O. CASW • ANGELINE L. CHONG • EMILY ZEN Y. CHUA • ROSALYN S. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEON • REYNA FAITH B. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMBRIGUE, JR. • MICHELLE ANG G. ERUM • RIA LIDIA G. ESPINA • LIANNE MARIE R. GERVASIO • ANGEL LOVE M. OO • GONZALO D.V. GO
HYASMIN H. LAPITAN • FRANCO ARISTOTLE G. LARCINA • JENNIFER JILL I. LIM • JOANNE M. LIM • CARMEN AMPARO P. LIMGENCO • NESTLE C. LIZARDO • RONALD MARK C. LLENO • CHRISTIAN B. LLIDO • ROMEO D. LUMAGUI, JR
KATHLYN G. MADRID • GLYNNIS THERESA C. MATREZ • ALLAN VERMAN Y. ONG • ANDRE C. PALACIOS • ELEANOR KATHRYN G. RABUY • CECILY NERISSE C. RAMIREZ • ROSALIE R. RAMIREZ • LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO • MAY ANN R. ROSALES • AARON ROI B. RITURBAN • CARMELA L. SACASAS • CLAIRE L. C. SALVA-SIA • LEAH G. SAMSON • JONAS EMANUEL S. SANTOS • MARIA CECILIA T. SICANGCO • EMMEE-LOU L. SIONGCO
LISONNA KATRINA S. SITOY • AVA L. TABILA • MARICAR JOY TANEDA-TALLO • JOSEFINA NANCE L. TAPIA • ANNALYN C. TAYAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORREVILLAS
CHRISTINE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

5 July 2008



**SYCIP SALAZAR HERNANDEZ & GATMAITAN**
ATTORNEYS-AT-LAW

**MANILA**
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
(63-2) 817-2001 to 09
Fax: (63-2) 817-3896, 817-3567
E-Mail: sycip1aw@globenet.com.ph
sshg@syciplaw.com

**CEBU**
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
(63-32) 233-1950; 233-1861
Fax: (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

**DAVAO**
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2851; 221-3917
(63-82) 224-2742
Fax: (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

July 30, 2008

**Ms. Ma. Sheila Flora**
3rd Floor, Bermejo Building
McKinley Street, Roxas City
5800 Capiz

Dear Ms. Flora:

We are forwarding to you, for your files and information, copies of t Affidavit including therein the clipping of the notice for jury trial in Case N WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheil Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Comr Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc." We are sending this through registered mail with return card to comply with the provisions of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO G. HERNANDEZ (1960-98)

http://www.syciplaw.com

SENIOR ASSOCIATES  CECILE M.E. CARO-SELVAGGIO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANIGBATAN • PHILBERT Z. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELIST. FRANCO NOEL A. MANALO • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES  JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY I. ARCINUE • MARIE CORINNE T. BALBIDO • MARY KRISTEREA A. BALEVA • ANGELO M. BARCELON. MARIA JENNIFER B. BARRETO • MELXJANE G. BERTILLO • CELIA CRISTINA ROSARIO C. CABRERA • BRYANT G. CASIW • ANGELINE L. CHONG • EMILY KEN Y. CHUA • ROSALYN S. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEO
KATRINA P. DE LEON • REYNA FAITH B. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMBRIGUE, JR. • MICHELLE ANN G. EKUM • RIA LIDIA G. ESPINA • LIANNE MARIE R. GERVASIO • ANGEL LOVE M. GO • GONZALO D.V. GO II
HIYASMIN H. LAPITAN • FRANCO ARISTOTLE C. LARCINA • JENNIFER JILL I. LIM • JOANNE M. LIM • CARMEN AMPARO P. LIMGENCO • NESTLE C. LIZARDO • RONALD MARK C. LLENO • CHRISTIAN B. LIJDO • ROMEO D. LUMAGUI, JR
KATHLYN G. MADRID • GLYNNIS THERESA C. MATRIZ • ALLAN VERMAN Y. ONG • ANDRE C. PALACIOS • ELEANOR KATHRYN G. RABUY • CECILY NERISSE C. RAMIREZ • ROSALIE R. RAMIREZ • LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO • MAY ANN R. ROSALES • AARON ROI B. RIVERA • CARMELA L. SACASAS • CLAIRE L. C. SALVA-SIA • LEAH G. SAMSON • JONAS EMANUEL S. SANTOS • MARIA CECILIA T. SIONGCO • EMMIE-LOU L. SIONGCO
LEIGHNA KATRINA S. SITOY • AVA L. TABILA • MARICAR JOY TANEDA-TALLO • JOSEPHINA NANCE L. TAPIA • ANNALYN C. TAYAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRE
CHRISTINE ANTONIETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

ANNEX "L"

# SYCIP SALAZAR HERNANDEZ & GATMAITAN
## ATTORNEYS-AT-LAW

| MANILA | CEBU | DAVAO |
|---|---|---|
| SSHG Law Centre | 4/F Keppel Center | The Penthouse, 17th Floor |
| 105 Paseo De Roxas | Cardinal Rosales Ave. | Landco Corporate Centre |
| Makati City | Cor. Samar Loop Street | J. P. Laurel Avenue, Bajada |
| 1226 Metro Manila | Cebu Business Park | 8000 Davao City |
| Philippines | 6000 Cebu City | Philippines |
| Phone:(63-2) 817-9811 to 20 | Philippines | Phone:(63-82) 222-2851; 221-3917 |
| (63-2) 817-2001 to 09 | Phone:(63-32) 233-1211 to 13 | (63-82) 224-2742 |
| Fax: (63-2) 817-3896; 817-3567 | (63-32) 233-1950; 233-1661 | Fax: (63-82) 224-2743 |
| E-Mail: syciplaw@globenet.com.ph | Fax: (63-32) 233-1682 | E-Mail: sahgdavao@sycipllaw.com |
| sshg@syciplaw.com | E-Mail: sycipceb@sycipllaw.com | |

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO G. HERNANDEZ (1960-98)

http://www.sycipllaw.com

July 30, 2008

**I2C-Intelligence to Communicate, Inc.**
802 Globe Telecomm Plaza I
Pioneer Street
1550 Mandaluyong City

Dear Sir:

We are forwarding to you, for your files and information, copies of the Affidavit including therein the clipping of the notice for jury trial in Case No. WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communicate, Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc." We are sending this through registered mail with return card to comply with the provisions of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

SENIOR ASSOCIATES   CECILE M.E. CARO-SELVAGGIO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANIGBATAN • PHILBERT E. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANAIG • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY I. ARCINUE • MARIE CORINNE T. BALISEDO • MARY KRISTERRE A. BALEVA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO • MELINJANE G. BERTILLO • CELIA CRISTINA ROSARIO L. CABRERA • BRYANT G. CASW • ANGELINE L. CHONG • EMILY ZEN Y. CHUA • ROSALYN S. CO • CELESTE MARIE R. CRIZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEON • REYNA FAITH B. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMBRIGUE, JR. • MICHELLE ANN C. ENRILE • RIA LIDIA G. ESPINA • LIANNE MARIE R. GERVASIO • ANGEL LOVE M. GO • GONZALO D.V. GO III
HYASMIN N. LAPITAN • FRANCO ARISTOTLE G. LARCINA • JENNIFER JILL I. LIM • JOANNE M. LIM • CARMEN AMPARO P. LIMGENCO • NESTLE C. LIZARDO • RONALD MARIE E. LLENO • CHRISTIAN B. LUDO • ROMEO D. LUMAGUI, JR.
KATHLYN G. MADRID • GLYNNIS THERESA C. MATRIZ • ALLAN VERMAN Y. ONG • ANDRE C. PALACIOS • ELEANOR KATHRYN G. RABUY • CECILY NERISSE C. RAMIREZ • ROSALIE R. RAMIREZ • LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO • MAY ANN R. ROSALES • AARON ROI B. RITURBAN • CARMELA L. SACASAS • CLARE C. SALVA-SIA • LEAH G. SAMSON • JONAS EMANUEL S. SANTOS • MARIA CECILIA T. SIONGCO • EMMIE-LOU L. SIONGCO
LEIGHNA KATRINA S. SITOY • AVA L. TABLA • MARICAR JOY TANEDA-TALLO • JOSEPHINA NANCE L. TAPIA • ANNALYN C. TAYAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

1 July 2008

SYCIP
SALAZAR
HERNANDEZ
& GATMAITAN
ATTORNEYS-AT-LAW

MANILA

SSHG Law Centre
105 Paseo de Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
        (63-2) 817-2001 to 09
Fax:   (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globenet.com.ph
        sshg@syciplaw.com

CEBU

4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
        (63-32) 233-1950; 233-1861
Fax:   (63-32) 233-1682
E-Mail: sycipceb@syciplaw.com

DAVAO

The Penthouse, 1
Landco Corporati
J. P. Laurel Avel
8000 Davao City
Philippines
Phone:(63-82) 222;
        (63-82) 224-
Fax:   (63-82) 224-
E-Mail: sahgdavaof

July 30, 2008

Technocall Corporation
56 Benedicto Street
Jaro District
5000 Iloilo City

Dear Sir:

We are forwarding to you, for your files and information, c
Affidavit including therein the clipping of the notice for jury trial i
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs.
Gomez, Hubbub Inc, LKU Commtech Central, I2C-Intelligence
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Pr
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALTA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO G. HERNANDEZ (1960-98)

http://www.syciplaw.com

SENIOR ASSOCIATES   CECILE M.E. CARO-SELVAGGIO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANIGBATAN • PHILBERT E. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANAIG • MARIANNE M. MIGUEL • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY I. ARCINUE • MARIE CORINNE T. BALBIDO • MARY KRISTEREA A. BALEVA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO • MELLYANE G. BERTILLO • CHLIA CRISTINA ROSARIO L. CABRERA • BRYANT G. CASW • ANGELINE L. CHONG • EMILY ZEN Y. CHUA • ROSALYN S. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEON • REYNA FAITH B. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMBRIQUE, JR. • MICHELLE ANN O. EPUM • RIA LIDIA G. ESPINA • LIANNE MARIE R. GERVASIO • ANGEL LOVE M. GO • GONZALO D.V. GO III
HYASMIN N. LAPITAN • FRANCO ARISTOTLE G. LARCINA • JENNIFER JILL I. LIM • JOANNE M. LIM • CARMEN AMPARO P. LIMGENCO • NESTLE C. LIZARDO • RONALD MARK C. LLENO • CHRISTIAN B. LUDO • ROMEO D. LUMAGUI, JR.
KATHLYN G. MADRID • GLYNNIS THERESA C. MATEZ • ALLAN VERMAN Y. ONG • ANDRE C. PALACIOS • ELEANOR KATHRYN G. RABUY • ROSALIE R. RAMIREZ • LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO • MAY ANN R. ROSALES • AARON ROI B. RITURBAN • CARMELA C. SACASAS • CLAIRE L. C. SALVA-SIA • LEAH G. SAMSON • JONAS EMANUEL S. SANTOS • MARIA CECILIA T. SICANGCO • EMMIE-LOU L. SIONGCO
LEIGHNA KATRINA S. SITOY • AVA L. TABILA • MARICAR JOY TANEDA-TALLO • JOSEPHINA NANCE L. TAPIA • ANNALYN C. TAYAO • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • BHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

1 July 2008