1  MORGAN, LEWIS & BOCKIUS LLP
   BRETT M. SCHUMANN, State Bar No. 189247
2  JOANNA K. SAX, State Bar No. 249124
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Plaintiff
   INC21.COM CORPORATION d/b/a
6  GLOBALYP.NET

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | Inc21.com Corporation d/b/a GlobalYP.net, | Case No. CV 08-02967 WHA |
|---|---|
13 | | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |
   | Plaintiff, | |
14 | | |
   | vs. | |
15 | | |
   | Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc., | |
16 | | |
17 | | |
18 | | |
19 | | |
20 | | |
21 | Defendants. | |

22

23

24    Plaintiff Inc21.com Corporation d/b/a GlobalYP.net ("Plaintiff" or "Inc21") respectfully

25 requests entry of default against Defendants Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU

26 Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc.,

27 Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy

28

DB2/20809801.1

1  Solutions, and Contact Central Solutions, Inc. (collectively "Defendants") in the above titled
2  action. Inc21 is a California Corporation. Defendants are adult individuals and entities that
3  reside in the Philippines.
4       Defendants are in default. Inc21 served Defendants by mail and publication. *See*
5  Declaration of Joanna Sax in Support of Plaintiff's Request for Entry of Default ("Sax Dec.")
6  ¶¶ 2, 3.
7       First, Inc21 served Defendants with the summons and complaint via registered mail
8  pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) on Wednesday July 16, 2008. *See id.*
9  ¶ 2; **Exh. B** (proof of service). The summons provided thirty (30) days for the defendants to
10 respond. *See id.* Service by mail adds an additional ten (10) days. This request for entry of
11 default is filed more than 40 days after service by mail.
12      Second, Inc21 served Defendants by publication in a newspaper of general circulation in
13 the Philippines. *See id.* ¶ 3; **Exh. C** (proof of service by publication). On July 27, 2008, the
14 *Philippine Star* published the notice of the above captioned action. *See id.* The published notice
15 provided thirty (30) days for the defendants to respond. *See id.* In compliance with Philippine
16 law, a publisher's affidavit was executed and the notice of the publication was mailed to each
17 named defendant in this action. *See id.*
18      No defendant has served or filed a timely response. *See id.* ¶ 1; **Exh. A** (On-line docket).
19 The time allowed by law for responding has expired. Accordingly, Inc21 respectfully requests an
20 entry of default.
21
22 Dated: August 29, 2008                    MORGAN, LEWIS & BOCKIUS LLP
23
24                                          By:            /s/
25                                          Joanna Sax
                                            Attorneys for Plaintiff
26                                          INC21.COM CORPORATION d/b/a
                                            GLOBALYP.NET
27
28

DB2/20809801.1                             2

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT; CASE NO. CV 08-02967 WHA