1    MORGAN, LEWIS & BOCKIUS LLP
     BRETT M. SCHUMANN, State Bar No. 189247
2    JOANNA K. SAX, State Bar No. 249124
     One Market, Spear Street Tower
3    San Francisco, CA 94105-1126
     Tel: 415.442.1000
4    Fax: 415.442.1001

5    Attorneys for Plaintiff
     INC21.COM CORPORATION d/b/a
6    GLOBALYP.NET

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   Inc21.com Corporation d/b/a          Case No. CV 08-02967 WHA
     GlobalYP.net,
13                                        **DECLARATION OF JOANNA SAX IN**
                      Plaintiff,          **SUPPORT OF PLAINTIFF'S REQUEST**
14                                        **FOR ENTRY OF DEFAULT**
            vs.
15
     Ma Sheila Flora, Tracy Gomez, Hubbub
16   Inc., LKU Commtech Central, I2C-
     Intelligence to Communicate, Inc., Intelcon
17   Call Center, Badoles, Inc., Pelatis BPO
     Solutions, Prolific Contract Central,
18   Technocall Corp., Digicall Inc., Zynergy
     Solutions, and Contact Central Solutions,
19   Inc.,

20                    Defendants.

21

22

23

24        I, Joanna K. Sax, hereby declare that:

25        I am an attorney licensed to practice law in the Courts of this State and am an associate in

26   the law firm of Morgan, Lewis & Bockius LLP, counsel of record for Plaintiff Inc21.com

27   Corporation d/b/a GlobalYP.net ("Plaintiff" or "Inc21"). As counsel of record, I am familiar with

28

DB2/20809925.1

1   the manner in which the litigation records of Morgan, Lewis & Bockius LLP related to this case

2   are maintained and can testify to the matters set forth herein if called upon to do so.

3          1.      On or about June 16, 2008, Inc21 filed its complaint for violation of the

4   Telemarketing and Consumer Fraud and Abuse Prevention Act, Breach of Contract, Negligence,

5   and Fraud in the Northern District of California.  On or about June 27, 2008, Inc 21 filed its First

6   Amended Complaint against Defendants Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU

7   Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc.,

8   Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy

9   Solutions, and Contact Central Solutions, Inc. (collectively "Defendants").  To date, none of the

10  Defendants filed a responsive pleading.  A true and correct copy of the on-line docket in this

11  action as printed on August 29, 2008 is attached hereto as **Exhibit A**.

12         2.      On July 16, 2008, Inc21 served Defendants with the summons and complaint via

13  mail pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii).  The summons provided thirty

14  (30) days for the defendants to respond.  A true and correct copy of the filed proof of service is

15  attached hereto as **Exhibit B**.

16         3.      Inc21 collaborated with the Filipino law firm, SyCip Salazar Hernandez and

17  Gatmaitan, to effectuate service by publication.  Defendants were served by publication in a

18  newspaper of general circulation in the Philippines.  On July 27, 2008, the *Philippine Star*

19  published the notice of the above captioned action.  A true and correct copy of the proof of

20  service by publication, including the Declaration of Domingo Castillo, is attached hereto as

21  **Exhibit C**.

22         I declare under penalty of perjury under the laws of the State of California that the

23  foregoing is true and correct and that this declaration was executed on August 29, 2008 at San

24  Francisco, California.

25

26                                                          Joanna K. Sax

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL OF J. SAX ISO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT; CASE NO. CV 08-02967 WHA

# EXHIBIT A

ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-02967-WHA

Inc21.com Corporation v. Flora et al
Assigned to: Hon. William H. Alsup
Demand: $75,000
Cause: 28:1331 Fed. Question

Date Filed: 06/16/2008
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Inc21.com Corporation**
*doing business as*
GlobalYP.net

represented by **Brett Michael Schuman**
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco , CA 94105-1126
415-442-1000
Fax: 415-442-1001
Email: bschuman@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanna Kathe Sax**
Morgan Lewis & Bockius LLP
One Market Street, Speart Street Tower
San Francisco , CA 94105-1126
415-442-1283
Fax: 415-442-1001
Email: jsax@morganlewis.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ma Sheila Flora**

**Defendant**

**Tracy Gomez**

**Defendant**

**Hubbub Inc.**

**Defendant**

**LKU Commtech Central**

**Defendant**

**12C-Intelligence to Communicate, Inc.**

**Defendant**

**Intelcon Call Center**

**Defendant**

**Badoles, Inc.**

**Defendant**

**Pelatis BPO Solutions**

**Defendant**

**Prolific Contract Central**

**Defendant**

**Technocall Corp.**

**Defendant**

**Digicall Inc.**

**Defendant**

**Zynergy Solutions**

**Defendant**

**Contact Central Solutions, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2008 | 11 | CERTIFICATE OF SERVICE by Inc21.com Corporation *PROOF OF SERVICE BY PUBLICATION* (Sax, Joanna) (Filed on 8/13/2008) (Entered: 08/13/2008) |
| 07/17/2008 | 10 | CERTIFICATE OF SERVICE by Inc21.com Corporation *Proof of Service* (Attachments: # 1 Exhibit A)(Sax, Joanna) (Filed on 7/17/2008) (Entered: 07/17/2008) |
| 06/27/2008 | 9 | AMENDED COMPLAINT *Plaintiff INC21's First Amended Complaint for Violation of the Telemarketing and Consumer Fraud and Abuse Prevention Act, Breach of Contract, Negligence, and Fraud* against all defendants. Filed byInc21.com Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Sax, Joanna) (Filed on 6/27/2008) (Entered: 06/27/2008) |
| 06/25/2008 | 8 | SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE re 7 Clerk's Notice (fj, COURT STAFF) (Filed on 6/25/2008) (Entered: 06/25/2008) |
| 06/25/2008 | 7 | CLERK'S NOTICE Case Management Conference set for 9/25/2008 11:00 AM, Courtroom 9, on the 19th Floor, U.S. Courthouse, San Francisco. Case |

| | | |
|---|---|---|
| | | Management Statement due by 9/18/2008. (fj, COURT STAFF) (Filed on 6/25/2008) (Entered: 06/25/2008) |
| 06/24/2008 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. William H. Alsup for all further proceedings. Judge Magistrate Judge Bernard Zimmerman no longer assigned to the case. Signed by Executive Committee on 6/24/08. (mab, COURT STAFF) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/23/2008 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 6/23/2008) (Entered: 06/23/2008) |
| 06/23/2008 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Inc21.com Corporation *and Request for Reassignment to a United States District Judge.* (Sax, Joanna) (Filed on 6/23/2008) (Entered: 06/23/2008) |
| 06/16/2008 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 06/17/2008) |
| 06/16/2008 | 3 | CERTIFICATION of Interested Entities or Persons Pursuant to Civil Local Rule 3-16 Filed by Plaintiff Inc21.com Corporation. (tn, COURT STAFF) (Filed on 6/16/2008) (Entered: 06/17/2008) |
| 06/16/2008 | 2 | ADR SCHEDULING ORDER: Joint Case Management Statement due 9/15/2008 & InitialCase Management Conference set for 9/22/2008 at 4:00 PM.. (tn, COURT STAFF) (Filed on 6/16/2008) (Entered: 06/17/2008) |
| 06/16/2008 | 1 | COMPLAINT for Violation of the Telemarketing & Consumer Fraud & Abuse Prevention Act, Breach of Contract, Negligence & Fraud & Demand for Jury Trial -[No Summons Issued] against Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Proufic Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, Contact Central Solutions, Inc., Sheila Flora, Tracy Gomez, Hubbub Inc., LRU Commtech Central & 12C-Intelligence to Communicate, Inc., [Filing Fee:$350.00, Receipt Number 34611020237] Filed by Plaintiff Inc21.com Corporation. (tn, COURT STAFF) (Filed on 6/16/2008) (Entered: 06/17/2008) |

# EXHIBIT B

MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMANN, State Bar No. 189247
JOANNA K. SAX, State Bar No. 249124
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Plaintiff
INC21.COM CORPORATION d/b/a
GLOBALYP.NET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Inc21.com Corporation d/b/a GlobalYP.net,<br><br>          Plaintiff,<br><br>    vs.<br><br>Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc.,<br><br>          Defendants, | Case No. CV 08-02967 WHA<br><br>**PROOF OF SERVICE** |

      The following documents were served on Defendants Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc., on Wednesday July 16, 2008:

- **SUMMONS IN A CIVIL ACTION**

- **ECF REGISTRATION INFORMATION HANDOUT**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20766723.1

- **CIVIL COVER SHEET and PLAINTIFF INC21'S COMPLAINT FOR VIOLATION OF THE TELEMARKETING AND CONSUMER FRAUD AND ABUSE PREVENTION ACT, BREACH OF CONTRACT, NEGLIGENCE, AND FRAUD**

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

- **PLAINTIFF INC21'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

- **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

- **REASSIGNMENT ORDER**

- **CLERK'S NOTICE RESCHEDULING HEARING**

- **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP**

- **PLAINTIFF INC21'S FIRST AMENDED COMPLAINT FOR VIOLATION OF THE TELEMARKETING AND CONSUMER FRAUD AND ABUSE PREVENTION ACT, BREACH OF CONTRACT, NEGLIGENCE AND FRAUD**

A Copy of the Proof of Service is attached hereto as <u>Exhibit A</u>.

Dated: July 17, 2008                                    MORGAN, LEWIS & BOCKIUS LLP


By: _____/s/_____
Joanna Sax
Attorneys for Plaintiff
INC21.COM CORPORATION d/b/a
GLOBALYP.NET

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20766723.1                              2

PROOF OF SERVICE

# EXHIBIT A

MORGAN, LEWIS & BOCKIUS LLP
BRETT M. SCHUMANN, State Bar No. 189247
JOANNA K. SAX, State Bar No. 249124
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Plaintiff
INC21.COM CORPORATION d/b/a
GLOBALYP.NET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Inc21.com Corporation d/b/a GlobalYP.net,<br><br>                 Plaintiff,<br><br>          vs.<br><br>Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc.,<br><br>                 Defendants, | Case No. CV 08-02967 WHA<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20760035.2

1    I am a resident of the State of California and over the age of eighteen years and not a party
to the within-entitled action; my business address is One Market, Spear Street Tower, San
2    Francisco, California 94105-1126.

3    On July 16, 2008, I served the within document(s):

4    **SUMMONS IN A CIVIL ACTION**

5    **ECF REGISTRATION INFORMATION HANDOUT**

6    **CIVIL COVER SHEET and PLAINTIFF INC21'S COMPLAINT FOR**
7    **VIOLATION OF THE TELEMARKETING AND CONSUMER FRAUD AND**
     **ABUSE PREVENTION ACT, BREACH OF CONTRACT, NEGLIGENCE, AND**
8    **FRAUD**

9    **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR**
     **DEADLINES**
10

11   **PLAINTIFF INC21'S CERTIFICATION OF INTERESTED ENTITIES OR**
     **PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

12   **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**
13   **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

14   **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT**
     **COURT JUDGE**
15

16   **REASSIGNMENT ORDER**

17   **CLERK'S NOTICE RESCHEDULING HEARING**

18   **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE**
     **MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM**
19   **ALSUP**

20   **PLAINTIFF INC21'S FIRST AMENDED COMPLAINT FOR VIOLATION OF**
     **THE TELEMARKETING AND CONSUMER FRAUD AND ABUSE**
21   **PREVENTION ACT, BREACH OF CONTRACT, NEGLIGENCE AND FRAUD**

22    I caused a clerk of the United States District Court for the Northern District of California
to mail, postage pre-paid, the above listed documents to the addresses on the attached service list
23   via the United States Postal Service with signature and return receipt requested.

24                              **See Attached Service List**

25   Executed on July 16, 2008, at San Francisco, California.

26    I declare under penalty of perjury that I am a member of the bar of this court and that the
foregoing is true and correct.
27                                        _____
                                          / Joanna Sax, Esq.
28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO        DB2/20760035.2                    2

                                  PROOF OF SERVICE

## Inc21 Service List

**Ma Sheila Flora**
3rd Floor
Bermejo Building
McKinley Street
Roxas City, Capiz, Philippines 5800

**I2C-Intelligence to Communicate, Inc.**
802 Globe Telecomm Plaza I
Pioncer, Mandaluyong City, Philippines 1550

**Tracy Gomez**
354 Arayat Street
Phase 3 County Homes Bizgy Putatan
Muntinlupa City, Philippines 1770

**Intelcon Call Center**
Valencia Bldg
Las Pinas City, Philippines 1740

**Contact Central Solutions, Inc.**
5 E. Lopez Street
Varo Iloilo City, Philippines 5000

**Badoles, Inc.**
Arnaldo Bomfacio
3rd Floor
Bermejo Building
McKinley Street
Roxas City, Capiz, Philippines 5800

**Hubbub Inc.**
401 Adriatico Executive Center
1920 M. Adriatico Street
Malate, Manila, Philippines 1004

**Pelatis BPO Solutions**
5th Floor, San Miguel PPI Corporate Center
St. Francis Avenue Ortigas Center
Mandaluyong City, Philippines 1550

**LKU Commtech Central**
Door #4 No. 1 Benedicto Street
Jaro, Iloilo City, Philippines 5000

**Prolific Contact Central**
Juareuo Building
No. 1 P. Oliveros Street
Mandaluyong City, Manila, Philippines 1550

**Technocall Corporation**
56 Benedicto Street
Jaro District
Iloilo City, Philippines 5000

**Zynergy Solutions**
Unit 403 Adriatico Executive Center
1920 M. Adriatico Street
Malate, Manila, Philippines 1004

**Digicall, Inc.**
E. Lopez Street
Iloilo City, Philippines 5000

# EXHIBIT C

1  MORGAN, LEWIS & BOCKIUS LLP
    BRETT M. SCHUMANN, State Bar No. 189247
2  JOANNA K. SAX, State Bar No. 249124
    One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
    Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Plaintiff
    INC21.COM CORPORATION d/b/a
6  GLOBALYP.NET

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  Inc21.com Corporation d/b/a GlobalYP.net, | Case No. CV 08-02967 WHA |
| 13             Plaintiff, | **PROOF OF SERVICE BY PUBLICATION** |
| 14         vs. | |
| 15 | |
| 16  Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C- | |
| 17  Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO | |
| 18  Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy | |
| 19  Solutions, and Contact Central Solutions, Inc., | |
| 20 | |
| 21             Defendants. | |

22

23

24      The following defendants: Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech

25  Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO

26  Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and

27  Contact Central Solutions, Inc., were served by publication of the above titled action.

28

DB2/20807411.1

1   A true and correct copy of the declaration of Domingo Castillo and attachments thereto

2   state the service of above named defendants by publication and is attached hereto as Exhibit A.

3   Dated: August 13, 2008                    MORGAN, LEWIS & BOCKIUS LLP

4

5                                             By:              /s/

6                                             Joanna Sax
                                              Attorneys for Plaintiff
7                                             INC21.COM CORPORATION d/b/a
                                              GLOBALYP.NET

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20807411.1                          2

# EXHIBIT A

1   MORGAN, LEWIS & BOCKIUS LLP
     BRETT M. SCHUMAN, State Bar No. 189247
2   JOANNA K. SAX, State Bar No. 249124
     One Market, Spear Street Tower
3   San Francisco, CA 94105-1126
     Tel: 415.442.1000
4   Fax: 415.442.1001
     E-mail: bschuman@morganlewis.com
5   E-mail: jsax@morganlewis.com

6   Attorneys for Plaintiff
     Inc21.com Corporation d/b/a GlobalYP.net

7

8             UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO DIVISION

11

12   Inc21.com Corporation d/b/a        Case No. C 08-02967 WHA
     GlobalYP.net,
13
           Plaintiff,
14                   **DECLARATION OF DOMINGO**
        vs.                 **CASTILLO**
15
16   Ma Sheila Flora, Tracy Gomez, Hubbub
     Inc., LKU Commtech Central, I2C-
17   Intelligence to Communicate, Inc., Intelcon
     Call Center, Badoles, Inc., Pelatis BPO
18   Solutions, Prolific Contract Central,
     Technocall Corp., Digicall Inc., Zynergy
19   Solutions, and Contact Central Solutions,
     Inc.
20           Defendants.

21

22

23   I, Domingo Castillo, hereby declare that:

24         1.  I am an attorney licensed to practice law in the Philippines and am partner in the

25   law firm of SyCip Salazar Hernandez and Gatmaitan.

26         2.  I was admitted to the Philippine bar in 1978 and have been actively practicing law

27   for 30 years.

28

DB2/20780149.2

3.  I am readily familiar with the Philippine legal requirements for service of summons. Service by publication is a permitted method of service under Philippine law. A true and correct copy of the applicable Philippine law, more particularly, Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which is attached hereto as Exhibit 1.

4.  In accordance with Philippine law, I arranged for a notice of Inc21.com Corporation's Complaint against Ma Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C- Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc. ("Notice") to be published in a newspaper of general circulation.

5.  On July 27, 2008, the *Philippine Star* published the notice. The *Philippine Star* is a newspaper of general circulation in the Philippines. Attached hereto as Exhibit 2 is a true and correct copy of the published notice.

6.  In accordance with Philippine law, I arranged for a Publisher's Affidavit to be executed to testify as to the publication of the notice. Attached hereto as Exhibit 3 is a true and correct copy of the Publisher's Affidavit.

7.  I executed the attached affidavit showing the deposit of the notice and the Publisher's Affidavit plus a letter addressed to the named defendants above which were addressed to the named defendants above which were sent by registered mail with return card to their respective last known address. Attached hereto as Exhibit 4 is a true and correct copy of my Affidavit.

8.  The publication of the Notice in the *Philippine Star*, a newspaper of general circulation, and the Publisher's Affidavit, satisfy the requirements of service by publication under Philippine law.

I declare under penalty of perjury under the laws of the Philippines that the foregoing is true and correct and that this declaration was executed on August 5, 2008 at Makati City, Philippines.

Domingo Castillo

1

DECLARATION OF DOMINGO CASTILLO; C 08-02967 WHA

DB2/20780149.2

interest therein, or the property of the defendant has been attached within the Philippines, service may, by leave of court, be effected out of the Philippines by personal service as under Section 6; or by publication in a newspaper of general circulation in such places and for such time as the court may order, in which case a copy of the summons and order of the court shall be sent by registered mail to the last known address of the defendant, or in any other manner the court may deem sufficient. Any order granting such leave shall specify a reasonable time, which shall not be less than sixty (60) days after notice, within which the defendant must answer. (17a)

SECTION 16.    *Residents Temporarily Out of the Philippines.* — When any action is commenced against a defendant who ordinarily resides within the Philippines, but who is temporarily out of it, service may, by leave of court, be also effected out of the Philippines, as under the preceding section. (18a)

SECTION 17.    *Leave of Court.* — Any application to the court under this Rule for leave to effect service in any manner for which leave of court is necessary shall be made by motion in writing, supported by affidavit of the plaintiff or some person on his behalf, setting forth the grounds for the application. (19)

SECTION 18.    *Proof of Service.* — The proof of service of a summons shall be made in writing by the server and shall set forth the manner, place, and date of service; shall specify any papers which have been served with the process and the name of the person who received the same; and shall be sworn to when made by a person other than a sheriff or his deputy. (20)

SECTION 19.    *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address. (21)

SECTION 20.    *Voluntary Appearance.* — The defendant's voluntary appearance in the action shall be equivalent to service of summons. The inclusion in a motion to dismiss of other grounds aside from lack of jurisdiction over the person of the defendant shall not be deemed a voluntary appearance. (23a)

**RULE 15**

TO: MA SHEILA FLORA, TRACY GOMEZ, HUBBUB INC., LKU COMMTECH
CENTRAL, I2C- INTELLIGENCE TO COMMUNICATE, INC., INTELCON CALL CENTER,
BADOLES, INC., PELATIS BPO SOLUTIONS, PROLIFIC CONTRACT CENTRAL,
TECHNOCALL CORP., DIGICALL INC., ZYNERGY SOLUTIONS, AND CONTACT
CENTRAL SOLUTIONS, INC.

A lawsuit has been filed against you in the United States District Court for the Northern District
of California in San Francisco, California as shown in the caption below:

| | |
|---|---|
| Inc21.com Corporation d/b/a<br>GlobalYP.net,<br><br>Plaintiff,<br><br>vs.<br><br>Ma Sheila Flora, Tracy Gomez, Hubbub<br>Inc., LKU Commtech Central, I2C-<br>Intelligence to Communicate, Inc., Intelcon<br>Call Center, Badoles, Inc., Pelatis BPO<br>Solutions, Prolific Contract Central,<br>Technocall Corp., Digicall Inc., Zynergy<br>Solutions, and Contact Central Solutions,<br>Inc.<br><br>Defendants. | Case No. C 08-02967 WHA<br><br><br>PLAINTIFF INC21' S FIRST AMENDED<br>COMPLAINT FOR VIOLATION OF THE<br>TELEMARKETING AND CONSUMER<br>FRAUD AND ABUSE PREVENTION ACT,<br>BREACH OF CONTRACT, NEGLIGENCE,<br>AND FRAUD<br><br><br>DEMAND FOR JURY TRIAL |

Within 30 days after publication of this notice (not counting the day the publication was printed),
you must file and serve on the plaintiff's attorneys an answer to the complaint or a motion under
Rule 12 of the Federal Rules of Civil Procedure. A copy of the complaint is available from the
plaintiff's attorneys, whose name and address are below. The plaintiff's attorneys' name and
address are:

Brett M. Schuman, Esq.
Joanna K. Sax, Esq.
Morgan, Lewis &Bockius LLP
One Market Plaza, Spear Street Tower
San Francisco, CA 94105

If you fail to timely serve an answer on the plaintiff's attorney, judgment by default will be
entered against you for the relief demanded in the complaint.

Notice Prepared By:    MORGAN, LEWIS & BOCKIUS LLP
                       BRETT M. SCHUMAN
                       JOANNA K. SAX
                       Attorneys for Plaintiff
                       Inc21.com Corporation d/b/a GlobalYP.net

REPUBLIC OF THE PHILIPPINES )
CITY OF MAKATI              ) s.s.


## AFFIDAVIT OF PUBLICATION

I, **ARLYN F. SERVAÑEZ**, of legal age, single, Filipino and with office address at c/o **PhilSTAR Daily, Inc.,** 202 Railroad Street corner Roberto S. Oca Street, Port Area, Manila, after being duly sworn to in accordance with law depose.

That I am the **CLASSIFINDER MANAGER** of the **PhilSTAR Daily, Inc.**, a domestic corporation duly organized and existing under by virtue of Philippine laws with office and business address at 202 Railroad Street corner Roberto S. Oca Street, Port Area, Manila.

That the said corporation publishes **THE PHILIPPINE STAR**, a daily broadsheet newspaper published in English and of general circulation.

...der of **ATTY. DOMINGO G. CASTILLO**

**NOTICE**

...ed as follows

...ee attached printed text) had been ...d in The Philippine STAR in its issue/s of:

**July 27, 2008**

ARLYN F. SERVAÑEZ
Affiant

SUBCRIBED AND SWORN to before me this 29ᵀᴴ day of July 2008 affiant exhibited to me her Community Tax Certificate No. 07591617 issued at Quezon City on January 3, 2008.

**EMMANUEL C. PARAS**
Notary Public for Makati City
Appointment No. 42 until Dec. 31, 2008
Roll of Attorney No. 27102
PTR No. 0660283; 1/10/2008; Makati City
IBP No. 728498; Dec. 27, 2007; Makati Chapter
80HQ Law Centre, 100 Paseo de Roxas
Makati City, 1226 Metro Manila
Philippines

Doc. No    147
Page No    01
Book No    273
Series of  2008

## AFFIDAVIT

I, **DOMINGO G. CASTILLO**, Filipino, of legal age, with office address at 7th Floor SSHG Law Centre, 105 Paseo de Roxas, Makati City, after being duly sworn according to law hereby depose and state:

1.      I am a Partner of the law firm of SyCip Salazar Hernandez & Gatmaitan with address at SSHG Law Centre, 105 Paseo de Roxas, Makati City.

2.      I was instructed by the law firm of Morgan, Lewis & Bockius LLP (through Ms. Joanna Sax) to effect the proof of service by publication in a newspaper of general circulation in the Philippines to the following defendants in Case No. C 08-02967 WHA, entitled *"Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Flora, Tracy Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communicate, Inc., Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."* where the notice of jury trial was requested to be published.

3.      As a result thereof, I caused the publication of notice of jury trial in the July 27, 2008 issue of the Philippine Star where a Publisher's Affidavit was issued.

4.      In compliance with Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure, I sent the attached letters to the named defendants above to their last known addresses by registered mail with return card where the registry receipt numbers corresponding to the defendants are appended on the right-hand portion to each of the letters (Annexes "A" to "M").

5.      I am executing this Affidavit in compliance with Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

AFFIANT FURTHER SAYETH NAUGHT.

**DOMINGO G. CASTILLO**
Affiant

REPUBLIC OF THE PHILIPPINES)
MAKATI CITY                )  ) S.S.

     **BEFORE ME**, a Notary Public in and for Makati City, this _5th_ day of August 2008 personally appeared Domingo G. Castillo with Community Tax Certificate No. 07598678 issued in Quezon City on January 4, 2008 who acknowledged to me that the same is his free and voluntary act and deed.

     **WITNESS MY HAND AND SEAL** on the date and the place first above written.

Doc. No. __2__ ;
Page No. __2__ ;
Book No. __I__ ;
Series of 2008.

                       NESTLE C. LIZARDO
              Notary Public for Makati City
        Appointment No. M-447 until Dec. 31, 2009
             Roll of Attorney No. 54491

File No. 9156-1-1

         PTR No. 0999182J; 01/10/08; Makati City
         IBP No. 729444; 12/27/07; PPLM Chapter
         SSHG Law Centre, 105 Paseo de Roxas
       Makati City, 1226 Metro Manila, Philippines

ANNEX "A"

**SyCip SALAZAR HERNANDEZ & GATMAITAN**
ATTORNEYS-AT-LAW

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERFECTO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC O. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON O. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAPORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
*Senior Counsel*

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
*Of Counsel*

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
*Special Counsel*

LILIA B. YANG
*Senior Management Consultant*

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO G. HERNANDEZ (1960-98)

http://www.syciplaw.com

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
(63-2) 817-2001 to 09
Fax: (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globenet.com.ph
sshg@syciplaw.com

CEBU
4/F Keppal Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
Fax: (63-32) 233-1960; 233-1881
(63-32) 233-1882
E-Mail: syciped@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 225-2691; 221-3017
Fax: (63-82) 226-2742
(63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

July 30, 2008

Digicall, Inc.
E. Lopez Street
Jaro 5000 Iloilo City

Dear Sir:

We are forwarding to you, for your files and information, copies of [the]
Affidavit including therein the clipping of the notice for jury trial in Case N[o.]
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Shei[la]
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Comm[...]
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Cor[...]
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central S[...]
We are sending this through registered mail with return card to comply with [...]
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

*[signature]*

Domingo G. Castillo

SENIOR ASSOCIATES  CECILE M.E. CARO-SILVACCIO • RODELLE B. BOLANTE • ANNALIZA J. CARLOTA • BENEDICTO F. PANGCATAN • PHILBERT E. VARONA • KAREN S. CAPARROS-ARQUILLANO • KRISTINE N.F. LACSON-EVANGELISTA
FRANCO NOEL A. MANALAC • MARIANNE M. MIGUEL • MARIANNE B. TROJILLO • JORGINNA C. DENEGA • RUSSEL L. RODRIGUEZ

ASSOCIATES  JAN CELINE C. ABARO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY I. ARCENAS • MARIE CONNIE T. BALISCO • MARY KRISTINE A. BALERA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO • MELCHANIE G. BERTILLO • DELIA CRISTINA ROMANO L. CABRERA • BRYANT G. CASBY • ANGELINE L. CHONG • EMILY KEN V. CHUA • ROSALYN E. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEON • REYNA FAITH S. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMBRIQUE, JR. • MICHELLE ANN D. ERUM • ISA LIDIA G. ESPINA • LIANNE MARIE H. GERVACIO • ARIEL LOVE M. GO • GONZALO D.V. GO III
NYLANNIE M. LAPERAL • FRANCO ARISTOTLE G. LARCINA • JENNIFER JILL L. LIM • JOANNE M. LIM • CARLOS AMPARO P. LIMJOCO • MESTLE C. LIZARRO • RONALD MARK C. LLENO • CHRISTIAN B. LLIDO • ROMEO D. LUMAGUI, JR.
KATHLEN G. MADRID • GLYNNIS THERESA C. MATEO • ALLAN VERNAN V. ONG • ANDRE C. PALACIOS • ELEANOR KATHRINE G. PARDY • CECILY MARIELLE R. PASCUA • BARBARA R. RAMIREZ • LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO • MAY ANN R. ROBALES • AARON RIO B. RITUMBAN • CARMELA I. SACASAS • CLARKS L. C. SALVA-SIA • LEAH O. SANSON • JONAS EMANUEL S. SANTOS • MARIA CECILIA T. SICANGCO • SIGNEI-LOU I. SIONGCO
LUCHANA KATRINA B. SITOY • AVA L. TABILA • MARICAR JOY TANEDA-TALLO • JOSEPHINA NANCE L. TARA • ANNALYN C. TAYAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

*[signature]*

**ANNEX "B"**

SYCIP
SALAZAR
HERNANDEZ
& GATMAITAN
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo de Roxas
Makati City
1226 Metro Manila
Philippines
Phone:63-2) 817-9811 to 20
        63-2) 817-3001 to 09
Fax:  63-2) 817-3898, 817-3567
E-Mail: syciplaw@globenet.com.ph
        sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:63-32) 232-1211 to 13
Fax:  63-32) 232-1250; 233-1661
Fax:  63-32) 232-1682
E-Mail: sycisceb@sycisplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:63-82) 222-2851; 22
        63-82) 224-2742
Fax:  63-82) 224-2743
E-Mail: sshgdavao@sycisplaw

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DT
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAPORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-81)
BENILDO G. HERNANDEZ (1950-88)

http://www.syciplaw.com

July 30, 2008

Zynergy Solutions
Unit 403 Adriatico Executive Center
1920 M. Adriatico Street, Malate
1004 Manila

Dear Sir:

    We are forwarding to you, for your files and information, copies
Affidavit including therein the clipping of the notice for jury trial in Ca
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma S
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to C
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

    "SECTION 19. *Proof of Service by Publication.* — If the service has
    been made by publication, service may be proved by the affidavit of the
    printer, his foreman or principal clerk, or of the editor, business or
    advertising manager, to which affidavit a copy of the publication shall be
    attached, and by an affidavit showing the deposit of a copy of the
    summons and order for publication in the post office, postage prepaid,
    directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

SENIOR ASSOCIATES  CECILE M.B. CARO-SELVADGGI • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • EMPEDICTO P. PANGANIBAN • PHILMORE R. VARONA • KAREN R. CAPARROS-ARQUILLANO • KRISTINE H.P. LACRON-EVANGELISTA
FRANCO NOEL A. MARAÑO • MARIANNE M. MIGUEL • MARIOT T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES  JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY L. ARCENUE • MARIE CONDRES T. BALREDO • MARY KRISTEENE A. BALEVA • ANGELO M. BANCHLONA
MARIA JENNIFER Z. BARRETTO • MOLLYANE G. BERTILLO • CELIA CRISTINA ROSARIO L. CABRERA • BRYANT G. CABIW • ANGELIKE L. CHONG • EMILY SEN Y. CHUA • ROBALYN B. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
ZATHENA P. DE LEON • REYNA FAITH R. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMANDUAN, JR. • MICHELLE ANN G. ERUM • RIA LIDIA G. ESPINA • LIANNE MARIE B. GERVASIO • AÑGEL LOVE M. GO • GONZALO D.V. GO III
HYLARENE H. LAYUG • FRANCO ARISTOTLE C. LARUNA • JENNIFER JILL L. LIM • JOANNE M. LOM • CARMEN AMPARO P. LUBIGUIO • MISTLE C. LIZARDO • RONALD MANE C. LLENO • CHRISTIAN R. LUDO • ROMEO D. LUMAGUI, JR.
KATHLEEN G. MADRID • CLUMBIS THERESA C. MATEEZ • ALLAN VERIMAN Y. ONG • ANDRÉ C. PALACIOR • ELEANOR KATHRYN G. RABUY • CECILY MERMINE C. RAMIREZ • ROSALYN R. RAMIREZ • LIZA MICHELLE R. REBANG
JEFFREY L. RAVELO • MAY ANN B. ROBALES • AARON ROI B. RITUNBAN • CARMELA L. SACASAS • CLAIRE L. C. SALVA-ELA • LEAH G. SAMSON • JONAS EMANUEL R. SANTOS • MARIA CECILIA T. SICANGCO • EMMA-LOU L. SIONGCO
LEIGHNIA KATHINA B. SITOY • AVA L. VARELA • MARICAR JOY YAMEDA-TALLO • JOSEPHINA NANCE L. TAPIA • ANMALEN C. TAVAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRES
CHRISTINE ANTONNETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

1  July 2008

**SYCIP SALAZAR HERNANDEZ & GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone: (63-2) 817-9811 to 20
Fax: (63-2) 817-3896; 817-3567
E-Mail: sychplaw@sychplaw.com.ph
sshg@sychplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone: (63-32) 233-1211 to 13
Fax: (63-32) 233-1880; 233-1881
Fax: (63-32) 233-1682
E-Mail: sychpash@sychplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone: (63-82) 222-3581; 221-3917
(63-82) 224-3743
Fax: (63-82) 224-2743
E-Mail: ssbgdavao@sychplaw.com

July 30, 2008

Prolific Contact Central
Juareuo Building
No. 1 P. Olivero Street
1550 Mandaluyong City

Dear Sir:

We are forwarding to you, for your files and information, copies of the P
Affidavit including therein the clipping of the notice for jury trial in Case No. C
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Flo
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communic
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central,
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo



**SYCIP
SALAZAR
HERNANDEZ
& GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
2RGO Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
(63-2) 817-2001 to 09
Fax:(63-2) 817-3896; 817-3567
E-Mail: syciplaw@globmail.com.ph
info@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
(63-32) 233-1950; 233-1451
Fax: (63-32) 233-1852
E-Mail: sycipceb@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 225-2851; 221-3017
(63-82) 234-2742
Fax: (63-82) 234-2743
E-Mail: sahpdavao@syciplaw.com

July 30, 2008

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE T. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIDWIG O. RAMOS-ARONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAPORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DORNANDOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO O. HERNANDEZ (1960-98)

http://www.syciplaw.com

LKU Commtech Central
Door #4 No. 1 Benedicto Street
Jaro, 5000 Iloilo City

Dear Sir:

We are forwarding to you, for your files and information, copies of the
Affidavit including therein the clipping of the notice for jury trial in Case No.
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila F
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Commu
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contra
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

*Domingo G. Castillo*

SENIOR ASSOCIATES   CECILE M.E. CARO-SELVAGGIO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANGOBATAN • PHILBERT E. VARONA • KAREN M. CAPARROS-ARQUILLANO • KRISTINE K.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANALO • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO • RUSSEN P. ACEREDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JON'I. ARCENAS • MARIE CORDERO F. BALINDO • MARY KRISTEENA A. BALIVA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO • WILLIAME O. BERTULO • CELIA CRISTINA ROSARIO L. CABRERA • BRYANT C. CAREW • ANGELINE L. CHONG • EMILY JEAN Y. CHUA • ROSALEEN S. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEON • REYNA FAITH R. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMDUMGUE, JR. • JOAQUIN M. LIM • ISA LIDIA G. ESPINA • LEANNE MARIE R. GERMANO • ANGEL LOWE M. GO • GONZALO D.V. GO, JR.
HEYAMMY H. LAPITAN • FRANCO ARISTOTLE G. LARCINA • JENNIFER JILL I. LIM • AUGUSTO M. LIM • CARMEN AMPARO P. LIMONDOCO • NESTLE C. LIZARDO • RONALDO MARIE C. LLUNO • CHRISTIAN B. LUDO • ROMEO B. LUMAGUE, JR.
KATHLEEN G. MADRID • CLYNNES THERESA C. MATEE • MAY ANN R. ROBALES • AARON ROI B. RITUSBAN • CARMELA L. SACASAS • CLARISE L. C. SALVA-ISA • LEAN G. SAMSON • JONAS EMANUEL B. SANTOS • MARIA CECILIA T. SICANICO • EMMIE-LOU L. SIONOCO
LEIGHNA KATHINA S. SITOY • AVA L. TABILA • MARICAR JOY TANEDA-TALLO • JOSEPHINA HANCE L. TAPIA • ANNALEN C. TAYAG • MARIA INEZ C. TOOLS • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRES
CHERISSE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZARAGOZA

3 July 2008

ANNEX "E"

**SyCip**
**SALAZAR**
**HERNANDEZ**
**& GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
163-2) 817-3601 to 08
Fax   (63-2) 817-3896; 817-3567
E-Mail: sycipisn@gjsbmail.com.ph
sslg@sycipisw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
(63-32) 233-1992; 233-1861
Fax: (63-32) 233-1682
E-Mail: sycipcab@sycipisw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-62) 225-2851; 221-3917
(63-62) 224-2742
Fax   (63-82) 224-2743
E-Mail: ssbg@sycipisw.com

July 30, 2008

Pelatis BPO Solutions
5th Floor, San Miguel PPI Corporate Center
St. Francis Avenue, Ortigas Center
1550 Mandaluyong City

Dear Sir:

We are forwarding to you, for your files and information, copies of the
Affidavit including therein the clipping of the notice for jury trial in Case No.
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ms. Sheila F
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communicate, inc.,
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central,
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

*[signature]*

Domingo G. Castillo

**SyCip**
**Salazar**
**Hernandez**
**& Gatmaitan**
ATTORNEYS-AT-LAW

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSS MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE G. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARILLO
ALAN C. FONTANOSA
THADDEUS B. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ARGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANO
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BENILDO G. HERNANDEZ (1940-94)

http://www.syciplaw.com

July 30, 2008

Hubbub Inc.
401 Adriatico Executive Center
1920 M. Adriatico Street, Malate
1004 Manila

Dear Sir:

We are forwarding to you, for your files and information, copies of the Affidavit including therein the clipping of the notice for jury trial in Case No. WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila F Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Commu Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc." We are sending this through registered mail with return card to comply with the provisions of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

SENIOR ASSOCIATES • CECILE M.E. CARO-SALVADOR • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANGOSAZAN • PHILBERT E. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELISTA • FRANCO NOEL A. MANAJO • MARIANNE M. MIGUEL • RANDY T. CENIZA • RUSSEL I. RODRIGUEZ

ASSOCIATES     JAN CELINE G. ABAÑO • NUREIN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JON I. ANCHETA • MARIE COMINS T. BALINDO • MARY KRISTEENE A. BALIWA • ANGELO M. BARCELONA
MARIA JENNIFER R. BARRETO • MELRJANE G. BELTULLO • CELIA CRISTINA ROSARIO G. CARPIZA • BRIANT G. CAIRY • ANGELINE L. CHONG • EMILY ZEN T. CHUA • ROSALINE B. CO • CELESTE MARIE E. CRUZ • JOHN PAUL V. DE LEON
KATRINA P. DE LEON • BRYNA FAITH B. DEPARLOAT • JOAN A. DE VENECIA • VICENTE C. DOMINGUEZ, JR. • MICHELLE ANN E. EMIM • MA LYDIA G. ESPINA • LIANNE MARIE B. GREVANNO • ANGEL LOVE M. GO • GONZALO D.V. GO III
MYLENNE N. LANTAS • FRANCO ARISTOTLE G. LARCHA • JENNIFER JILL L. LIM • JOANNE M. LIM • CARMEN AMPARO P. LIN DIERCO • NESTLE C. LIRANZO • RONALD MARIE G. LLENO • CHRISTIAN B. LIZO • ROMEO D. LUMAGUE, JR.
KATHLEEN G. MADRID • GLUMES THERESA C. MATIEZ • ALLAN VERMAN Y. ONG • ANDRE C. PALACIOS • ELEANOR KATHRYN G. RANJO • CECILY MERREN C. RAMIREZ • ROSALIE R. RAMIREZ • LIZA MICHELLE R. RAMOS
JEFFREY L. RAVALO • MAY ANN R. ROSALES • MARK JOHN R. RITUERAN • CARMELLA L. SACASAS • CLAIRE L. C. SALVA-BIA • LEAH G. SAMSON • JONAS EMANUEL R. SANTOR • MARIA CECILIA T. SICANGCO • EMMIE-LOU L. SIONGCO
LEODINA KATRINA R. SITOY • AVA L. TABLA • MARICAR JOY TANEDA-DALLO • JOSEPHINA NANCE L. TANA • ANNALYN C. TAYAG • MARIA INEZ C. TOGLE • SHEILAH MARIE P. TOMARONG • CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO • ERWIN F. ZALER • CARLITO V. ZARAGOZA

ANNEX "G"

**SYCIP**
**SALAZAR**
**HERNANDEZ**
**& GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
8SHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
   (63-2) 817-2001 to 09
Fax:  (63-2) 817-3896; 817-3567
E-Mail: sycalplaw@globenet.com.ph
   sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
   (63-32) 233-1960; 233-1861
Fax:  (63-32) 233-1982
E-Mail: syciphcebu@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2301; 221-3917
   (63-82) 224-2748
Fax:  (63-82) 224-2743
E-Mail: sshgdavao@syciplaw.com

July 30, 2008

Badoles, Inc.
3rd Floor, Bermejo Building
McKinley Street, Roxas City
5800 Capiz

Dear Sir:

We are forwarding to you, for your files and information, copies of t
Affidavit including therein the clipping of the notice for jury trial in Case N
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Comm
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Con
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

**SYCIP**
**SALAZAR**
**HERNANDEZ**
**& GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
(63-2) 817-2001 to 09
Fax: (63-2) 817-3896, 817-3567
E-Mail: syciplaw@globenet.com.ph
sshg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
(63-32) 233-1950; 238-1861
Fax: (63-32) 233-1682
E-Mail: syciputb@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J.P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-2851; 221-3917
(63-82) 234-2742
Fax: (63-82) 234-2743
E-Mail: sshgdavao@syciplaw.com

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES R. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARISSICO. RAMOS-AROÑUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE P. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
BIELLA A. MANGUIAT
ROSS MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAPORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHE IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP [1945-75]
LUCIANO E. SALAZAR [1945-91]
BENILDO O. HERNANDEZ [1960-98]

http://www.syciplaw.com

July 30, 2008

Contract Central Solutions, Inc.
5 E. Lopez Street
Jaro, Iloilo City 5000

Dear Sir:

     We are forwarding to you, for your files and information, copies of the Affidavit including therein the clipping of the notice for jury trial in Case No. WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila F Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Commu Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contra Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solu We are sending this through registered mail with return card to comply with the provisions of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

     "SECTION 19. *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

*Dge B Castillo*

Domingo G. Castillo

SENIOR ASSOCIATES   CECILE M.E. CANO-SALVADORO · NOEMELLE B. BOLANTE · ARNALISA J. CARLOTA · BENEDICTO P. PANGRATAN · PHILBERT E. VARONA · KAREN B. CAPARROS-ARQUELLANO · ERICSTINE M.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANALO · MARIANNE M. MIGUEL · RANDY T. CENIZA · RUSSELL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO · RUBEN F. ACEBEDO · ABRAHAM REY M. ACOSTA · CAMILLE B. ALCAIRE-CAMPOS · JOY I. ARCENAS · MARIE CORDERO T. BALREDO · MARY KRISTINER A. BALIWA · ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRISTO · MELYJANE G. BERTILLO · CELIA CHRISTINA ROSARIO L. CARBENA · BRYANT G. CABBY · ANGELINE L. CHONG · EMILY KIM V. CHUA · ROSALEN B. CO · CELESTE MARK N. CRUZ · JOHN PAUL V. DE LEON
KATRINA P. DE LEON · BETHA FAITH B. DEPAUCAT · JOMA A. DE VENECIA · VICENTE C. DUMAINGUE, JR. · MICHELLE ANN R. EROM · RIA LUNA G. ESPINA · JAMES MARIE B. GERVASIO · ANGEL LOVE M. GO · GONZALO D.V. GO III
HIYASMIN H. LAPITAN · FRANCO ARISTOTLE G. LARCINA · JENNIFER JILL I. LIM · JOMNIE ML. LIM · CANNON ANTONIO P. LIMGENCO · NESTLE C. LIZARDO · RONALD MARIE C. LLEGO · CHRISTIAN R. LLIDO · ROMEO D. LUMAGUI, JR.
KATHLEEN D. MADRED · GLOWER THEREZA C. MATREZ · ALLAN VERMAN Y. ONG · ANGELO C. PALACIOS · ELEANOR KATHRYN G. PARBY · CECILY MERESSE G. RAMIREZ · ROSALIE R. RAMIREZ · LIZA MICHELLE E. RAMOS
JEFFREY L. RAVELO · MAY ANN R. ROSALES · AARON ROI B. RITURBAN · CARMELA L. SACABAS · CLAIRE L. G. SALVA-RIA · LEAN G. SAMSON · JONAS EMANUEL R. SANTOS · MARIA CECILIA T. SICANGCO · EMMIE-LOU L. SICONGCO
LERGINA SLITANA S. SITOY · AVA L. TALLO · MARCAIBON VINZA-TALLO · JOSEPHINA NANCE L. TAÑA · ANNALYN C. TAYAG · MARIA INEZ C. TOGLE · SUSIELAN MARIE P. TOMARONG · CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO · ERWIN P. ZALES · CARLITO V. ZARAOCEA

SYCIP
SALAZAR
HERNANDEZ
& GATMAITAN
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo de Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
(63-2) 817-3001 to 09
Fax: (63-2) 817-3896; 817-3567
E-Mail: syciplaw@globenet.com.ph
ssllg@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1211 to 13
(63-32) 233-1850; 233-1861
Fax: (63-32) 233-1682
E-Mail: sycipcebu@syciplaw.com

DAVAO
The Penthouse, 17th Floor
Landco Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:(63-82) 222-1851; 221-3217
(63-82) 224-3743
Fax: (63-82) 224-3743
E-Mail: sshgdavao@syciplaw.com

July 30, 2008

Intelcon Call Center
Valencia Building
1740 Las Piñas City

Dear Sir:

    We are forwarding to you, for your files and information, copies of the P
Affidavit including therein the clipping of the notice for jury trial in Case No. C
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Flo
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Communi
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contrac
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, exc
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

        "SECTION 19. *Proof of Service by Publication.* — If the service has
    been made by publication, service may be proved by the affidavit of the
    printer, his foreman or principal clerk, or of the editor, business or
    advertising manager, to which affidavit a copy of the publication shall be
    attached, and by an affidavit showing the deposit of a copy of the
    summons and order for publication in the post office, postage prepaid,
    directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO D. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIEVIC G. RAMOS-AÑONUEVO
SIMEON KEN E. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GERONCHO IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
*Senior Counsel*

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
*Of Counsel*

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
*Special Counsel*

LILIA B. YANG
*Senior Management Consultant*

ALEXANDER SYCIP (1943-75)
LUCIANO E. SALAZAR (1945-9)(
BENITO G. HERNANDEZ (1960-98)

http://www.syciplaw.com

SENIOR ASSOCIATES   CECILE M.E. CARO-BELMAQUE2 • RODELLE B. BOLANTE • ARMALINA J. CARLOTA • BENEDICTO P. PANGANIBAN • PHILMIKE E. VARONA • KAREN B. CAPARROS-ARQUILLANO • ERISTINE N.P. LACRON-EVANGELISTA
FRANCO NOEL A. MANAIG • MARIANNE M. MIGUEL • RANDY T. GENTIA • RUSSEL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO • RUBEN P. ACEREDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY L. ARCENAS • MARIE CORINNE T. BALREDO • MARK KRISTIANS A. BALIVA • ANGELO M. BARCELONA
MARIA JENNIFER Z. BARRETO • MELRJANE G. BERILLO • CELIA CRISTINA BORANO L. CABRERA • BRYANT G. CABIV • ANGELINE L. CHONG • EMILY BEN Y. CHUA • ROSALEN B. CO • CELESTE MARIE R. CRUZ • JOHN PAOL V. DE LEON
KATRINA R. DE LEON • REYNA FAITH B. DEPASUCAT • JOAN A. DE VENECIA • VICENTE C. DUMIINGUEZ, JR. • MICHELLE ANN O. ERUM • MA LEXA O. ESPINA • LIANNE MARIE R. GESVARDO • ANGEL LOVE M. GO • GORBALD D.V. GO III
HYAHMIN N. LAPITAN • FRANCO ARISTOTLE C. LARCINA • JENNIFER JILL L. LIM • JOANNE M. LIM • CAPREEE AMPARO F. LIMGENCO • NESTLE C. LIZARDO • RONALD MARK C. LLENO • CHRISTIAN B. LLIDO • ROMEO D. LUMAGUI, JR.
KATHLEEN G. MALDED • OLIVERS THERESA C. MATRE • ALLAN VERMAN Y. ONG • ANDRES C. PALACIOS • ELEANOR KATHRYN G. BANOY • CECILY MORISSE C. RAMIREZ • ROSALIE R. RAMIREZ • LEA MICHELLE E. RAMOS
JEFFREY L. RAVELO • MAY ANN R. ROSALES • AARON IGN R. RITURBAN • CARMELA L. SACASAS • CLAIRE L. C. SALVA-EÑA • LEAH G. SAMSON • JONAH EMMANUEL B. SANTOS • MARIA CECILIA T. SIOMOCCO • TRINIE-LOU L. SIOMOCCO
LEIGHNA BOWENA B. SITOY • AVA L. TABLA • MARICAR JOY TAMEDA-TALLO • JOSEPHINA NANCE L. TAPIA • ARNALDO C. TINTAO, • MARIA INES C. TOOLE • SHIEELAH MARK P. TOMARONG • CHARMAINE L. TORRES
CHRISTINE ANTOINETTE M. VELOSO • IRWIN P. ZALES • CARLITO V. ZARAGOZA

1 July 2008

ANNEX J

| | | | |
|---|---|---|---|
| **SYCIP** **SALAZAR** **HERNANDEZ** **& GATMAITAN** ATTORNEYS-AT-LAW | **MANILA** SSHG Law Centre 105 Paseo de Roxas Makati City 1226 Metro Manila Philippines Phone:(63-2) 817-9811 to 20 (63-2) 817-200) to 09 Fax: (63-2) 817-3896; 817-3567 E-Mail: sycipsen@pldtnet.com.ph ssh@sycuplaw.com | **CEBU** 4/F Keppel Centre Cardinal Rosales Ave. Cor. Samar Loop Street Cebu Business Park 6000 Cebu City Philippines Phone:(63-32) 233-1311 to 13 (63-32) 233-1800; 233-1861 Fax: (63-32) 233-1882 E-Mail: sycipceb@sycuplaw.com | **DAVAO** The Penthouse, 17th Floor Landco Corporate Centre J.P. Laurel Avenue, Bajada 8000 Davao City Philippines Phone:(63-82) 221-2851; 221-3917 (63-82) 224-2742 Fax: (63-82) 224-3763 E-Mail: ssh.davao@sycuplaw.com |

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE R. AMADOR
NILDA M T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARISVIC G. RAMOS-ARONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE T. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GERROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANCIARUAN-ALMEOGAN
DOMINADOR MAPHILINDO D. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA R. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1946-91)
BENILDO O. HERNANDEZ (1960-98)

http://www.sycuplaw.com

July 30, 2008

Ms. Tracy Gomez
354 Arayat Street, Phase 3
County Homes Brgy. Putatan
1770 Muntinlupa City

Dear Ms. Gomez:

We are forwarding to you, for your files and information, copies of the
Affidavit including therein the clipping of the notice for jury trial in Case No. (
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ms. Sheila F
Gomez; Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Commur
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contrac
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

SENIOR ASSOCIATES CECILE M.E. CAÑO-SELVACINO · NOEILLE B. BOLANTE · ANSELMA J. CARLOTA · BENEDICTO P. PANGOMBAN · PHILBERT S. VARONA · KAREN B. CAPARROS-ARQUILLANO · KRYSTINE N.F. LACSON-EVANGELISTI
FRANCO NOEL A. MANUEL · MARIANNE M. MIGUEL · RANDY T. CHUA · ROBERT L. RODRIGUEZ

ASSOCIATES JAN CELINE C. ABAÑO · RUBEN F. ACEREDO · ABRAHAM REY M. ACOSTA · CAMILLE R. ALCARAZ-CAMPOS · JOY I. ARCENAS · MARIE CORINNE T. BALLEDO · MARY KRISTINE A. BALIWA · ANGELO M. MARCELO A
MARIA JOHANNA D. BARRETO · MILENIANE G. BERTILLO · CELIA CRISTINA ROSARIO L. CABRERA · BRENHT Q. CAIRW · ANGELINE L. CHIONG · EMILY ERIN V. CHUA · ROSALINE B. CO · CELESTE MARIE R. CRUZ · JOHN PAUL V. DE LEON
MARIA F. DE LEON · REYNA FAITH B. DESARUCAT · JOAN A. DE VENECIA · VICENTE C. DUMBRIGUE, JR. · MICHELLIS ANN G. ERUM · NA LUISA G. ESPINA · LIANNE MARIE R. GERVASIO · ANGEL LOVE M. OO · GONZALO D.V. GO
WYXANDER M. LANTICAN · FRANCO ARISTOTLE G. LARCINA · JENNIFER JILL I. LIM · JOANNE M. LIM · CARMEN AMPARO P. LIMONGCO · NESTLE C. LIZARDO · RONALD MARK C. LLENO · CHRISTIAN B. LUZO · RENZO D. LOMADILLA, JR.
KATHLYN G. MADRID · OLIVINES THERESA C. MATRIZ · ALLAN VERMAN Y. ONG · ANDRE C. PALACIOS · ELEANOR KATHRYN G. RANOY · CECILY MERNBEL G. RAMIREZ · RONALD R. RAMIREZ · LIZA MICHELLE R. RAMIREZ
JEFFREY L. NAVELO · MAY ANN R. MORALES · AARON BOI B. RETURBAN · CARMELLA L. RACABAR · CLAIRE L. G. SALVA-SIA · LEAN D. RASMGAR · JONAS EMANUEL B. SANTOS · MARIA CECILIA T. INOANGGO · EMMA-LOU L. ERONOS
LEHONMA RAYMMA E. SIYOY · AVA L. TABLA · MARICAR JOY TAVIRDA-TALLO · JOSEPHINA NANCE L. TAPIA · ANNALYN C. TAYAG · MARIA INEZ C. TOGLE · SHEILAH MARIE P. TOMANENG · CHARMAINE L. TONGSON
CHRISTINE ANTOINETTE M. VELOSO · ERWIN F. ZALES · CARLITO V. ZARAGOZA

1 July 2008

Post Office
Letter/Package No.
Posted on
REGISTRY RECEIPT

**SYCIP**
**SALAZAR**
**HERNANDEZ**
**& GATMAITAN**
A T T O R N E Y S - A T - L A W

35thO Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone: 63-2 817-9811 to 20
(63-2) 817-2001 to 08
Fax:  163-2 817-3896, 817-3567
E-Mail: syrplawn@globeod.mac.ph
ssh@sycplaw.com.ph

4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:63-32 233-1211 to 13
(63-32) 233-1960, 233-1961
Fax:  (53-32) 233-1682
E-Mail: syrpcmb@sycplaw.com

The Penthouse, 17th Floor
Lazdao Corporate Centre
J. P. Laurel Avenue, Bajada
8000 Davao City
Philippines
Phone:53-82 222-382 || 221-3817
163-82 224-2742
Fax:  163-82 224-2743
E-Mail: sshgdavao@sycplaw.com

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE V. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO C. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARIE VIC C. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSS P. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. P. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. SALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MANGUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARRILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LELIA B. YANO
Senior Management Consultant

ALEXANDER SYCIP (1943-75)
LUCIANO E. SALAZAR (1945-81)
REYNILDO G. HERNANDEZ (1960-98)

http://www.sycplaw.com

July 30, 2008

Ms. Ma. Sheila Flora
3rd Floor, Bermejo Building
McKinley Street, Roxas City
5800 Capiz

Dear Ms. Flora:

We are forwarding to you, for your files and information, copies of t
Affidavit including therein the clipping of the notice for jury trial in Case N
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheil
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence to Comr
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central,
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

SENIOR ASSOCIATES   CECILE M.E. CARO-BELVADGEO • RODELLE B. BOLANTE • ANNALISA J. CARLOTA • BENEDICTO P. PANGOBATAN • PHILBERT E. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE M.P. LACSON-EVANGELIST
FRANCO NOEL A. MAMAG • MARIANNE M. MIGUEL • RANDY T. CENIZA • ROBERL L. RODRIGUEZ

ASSOCIATES   JAN CELINE C. ABAÑO • RUBEN P. ACEBEDO • ABRAHAM REY M. ACOSTA • CAMILLE R. ALCARAZ-CAMPOS • JOY I. ANCIBUE • MARIE CORINNE T. BALBIDO • MARY KRISTINE A. BALEVA • ANGELO M. BARCELON-
MARIA JENNIFER B. BARRETO • MELRIANE G. BERTILLO • CELIA CRISTINA ROSANIO L. CABRERA • BERNHY G. CARINY • ANGELINE L. CHONG • EMZLY EEN V. CHUA • RIZBALEN B. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEOI
KATHRINA P. DE LEON • REYNA FAITH R. DEPARUCA7 • JOAN A. DE VENECIA • VICENTE C. DUMINIQUE, JR. • MICHELLE ANN G. ERUM • MA. LUISA G. ESPINA • LIANNE MARIE R. GERVASIO7 • ANGEL LOVE M. GO • GONZALO D.V. GO II
NIYASMIN N. LANTAN • FRANCO ARISTOTLE G. LARCINA • JENNIFER JILL I. LIM • JOANNE M. LIM • CARMEN AMPARO P. LINOENCO • MERTLE C. LIZARDO • RONALD MARK C. LLENO • CHRISTIAN B. LLIDO • ROMEO D. LUMAGUI, JI
KATHLYN G. MADRID • OLYMPIA THEMISA C. MATREZ • ALLAN VERMAN Y. ONG • ANDRE C. PALACIOR • ELEANOR KATHRYN G. RAMIY • CECILE MERISSE C. RAMIREZ • ROSALEE R. RESMADO • LIZA MICHELLE R. RAMOS
JEFFREY L. RAVELO • MAI ANN R. ROSALES • AARON ROI B. RITURBAN • CARISSA L. BACASAS • CLAIRES L. C. SALVADRA • LEAH G. SAMSON • JONAH EMANUEL R. SANTOS • MARIA CECILIA T. SICANGCO • IRONES-LOU L. SIONGCO
LEONINA KATRINA R. SITOY • AVA L. TABLA • MANOAA JOY TAMBDA-TALLO • JOSEPHINA MARCE L. TAPIA • ANNALLYN C. TAYAO • MARIA INEZ C. TOGLE • SHERLAM MARIE P. TOMARONG • CHARMAINE L. TORRE
CHRISTINE ANTOINETTE M. VELOSO • ERWIN P. ZALES • CARLITO V. ZAMOROZA

5 July 2008

**ANNEX "L"**

SYCIP
SALAZAR
HERNANDEZ
& GATMAITAN
ATTORNEYS-AT-LAW

July 30, 2008

I2C-Intelligence to Communicate, Inc.
802 Globe Telecomm Plaza I
Pioneer Street
1550 Mandaluyong City

Dear Sir:

We are forwarding to you, for your files and information, copies of the Affidavit including therein the clipping of the notice for jury trial in Case No. WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs. Ma. Sheila Gomez, Hubbub Inc, LKU Commtech Central, I2C-Intelligence to Comm Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Prolific Contract Central, Technocall Corp., Digicall Inc, Zynergy Solutions, and Contact Central Solutions, Inc." We are sending this through registered mail with return card to comply with the provisions of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"SECTION 19. *Proof of Service by Publication.* — If the service has been made by publication, service may be proved by the affidavit of the printer, his foreman or principal clerk, or of the editor, business or advertising manager, to which affidavit a copy of the publication shall be attached, and by an affidavit showing the deposit of a copy of the summons and order for publication in the post office, postage prepaid, directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

Domingo G. Castillo

**SyCip**
**SALAZAR**
**HERNANDEZ**
**& GATMAITAN**
ATTORNEYS-AT-LAW

MANILA
SSHG Law Centre
105 Paseo De Roxas
Makati City
1226 Metro Manila
Philippines
Phone:(63-2) 817-9811 to 20
Fax:    (63-2) 817-3567; 817-3896
E-Mail: syciplaw@globnet.com.ph
ssh@syciplaw.com

CEBU
4/F Keppel Center
Cardinal Rosales Ave.
Cor. Samar Loop Street
Cebu Business Park
6000 Cebu City
Philippines
Phone:(63-32) 233-1911 to 13
Fax:    (63-32) 233-1060; 233-1061
E-Mail: sycipceb@syciplaw.com

DAVAO
The Penthouse, 1
Landco Corporate
J. P. Laurel Aven
8000 Davao City
Philippines
Phone:(63-82) 224
            (63-82) 224-
Fax:    (63-82) 224-
E-Mail: sdg@sycipl

REGISTRY RECEIPT

Post Office
Letter/Package No.

Posted on _____ 20__

Preserve this receipt for reference in case of inquiry

Postmaster/Teller

LLEWELLYN L. LLANILLO
ROBERTO C. SAN JUAN
ANDRES B. STA. MARIA, JR.
RENE Y. SORIANO
RAFAEL A. MORALES
VICENTE B. AMADOR
NELSON T. ANTOLIN
MIA G. GENTUGAYA
EMMANUEL C. PARAS
LOZANO A. TAN
EMMANUEL M. LOMBOS
ROLANDO V. MEDALLA, JR.
DOMINGO G. CASTILLO
JOSE PERPETUO M. LOTILLA
MARILYN A. VICTORIO-AQUINO
DANILO V. ORTIZ
LUISITO V. LIBAN
MARDEVIC G. RAMOS-AÑONUEVO
SIMEON KEN R. FERRER
ROCKY ALEJANDRO L. REYES
JOSE F. JUSTINIANO
DANTE T. PAMINTUAN
JOSE MA. G. HOFILEÑA
IMELDA A. MANGUIAT
ROSE MARIE M. KING
RICARDO MA. F. G. ONGKIKO
ENRIQUE T. MANUEL
HECTOR M. DE LEON, JR.
LESLIE C. DY
CARLOS ROBERTO Z. LOPEZ
RAMON G. SONGCO
ANGEL M. BALITA, JR.
RAFAEL L. ENCARNACION
CARINA C. LAFORTEZA
MARIA TERESA D. MERCADO-FERRER
VICENTE D. GEROCHI IV
ANTHONY W. DEE
AMER HUSSEIN N. MAMBUAY
VIDA M. PANGANIBAN-ALINDOGAN
DOMINADOR MAPHILINDO O. CARILLO
ALAN C. FONTANOSA
THADDEUS R. ALVIZO

FLORENTINO P. FELICIANO
ANDRES G. GATMAITAN
Senior Counsel

JUAN C. REYES, JR.
ANGELITO C. IMPERIO
Of Counsel

EMMANUEL L. PEÑA, JR.
MARIETTA A. TIBAYAN
Special Counsel

LILIA B. YANG
Senior Management Consultant

ALEXANDER SYCIP (1945-75)
LUCIANO E. SALAZAR (1945-91)
BIENILDO G. HERNANDEZ (1950-98)

http://www.syciplaw.com

July 30, 2008

Technocall Corporation
56 Benedicto Street
Jaro District
5000 Iloilo City

Dear Sir:

We are forwarding to you, for your files and information, a
Affidavit including therein the clipping of the notice for jury trial i
WHA, entitled "Inc21.com Corporation d/b/a GlobalYP.net vs.
Gomez, Hubbub Inc., LKU Commtech Central, I2C-Intelligence
Intelcon Call Center, Badoles, Inc., Pelatis BPO Solutions, Pri
Technocall Corp., Digicall Inc., Zynergy Solutions, and Contact Central Solutions, Inc."
We are sending this through registered mail with return card to comply with the provisions
of Section 19, Rule 14 of the 1997 Philippine Rules of Civil Procedure which states:

"**SECTION 19.** *Proof of Service by Publication.* — If the service has
been made by publication, service may be proved by the affidavit of the
printer, his foreman or principal clerk, or of the editor, business or
advertising manager, to which affidavit a copy of the publication shall be
attached, and by an affidavit showing the deposit of a copy of the
summons and order for publication in the post office, postage prepaid,
directed to the defendant by registered mail to his last known address."

Thank you for your kind attention.

Very truly yours,

*Domingo G. Castillo*

Domingo G. Castillo

SENIOR ASSOCIATES   CECILE M.E. CARO-BELFAGGIO • RODELLE B. BOLANTE • ANNALISA J. CAPLOTA • BENEDICTO P. PANGILINAN • PHILBERT E. VARONA • KAREN B. CAPARROS-ARQUILLANO • KRISTINE N.P. LACSON-EVANGELISTA
FRANCO NOEL A. MANAIG • MARIANNE M. MIGUEL • RANDY T. CEREZA • RUSSEL L. RODRIGUEZ

ASSOCIATES     JAN CELINE C. ABAÑO • RUBEN P. ACENEDO • ABRAHAM REY M. ACOSTA • CAMILLE E. ALCARAZ-CAMPOS • JOY I. ARCILLA • MARIE CORINNE T. BALREDO • MARY KRISTINE A. BALEVA • ANGELO M. BARCELONA
MARIA JENNIFER E. BARRETO • MELLIANNO G. BERTILLO • CELIA CRISTINA ROSARIO L. CABRERA • BRYANT G. CASEY • ANORLINE L. CHONG • EMELY ZEN V. CHUA • RODALINO B. CO • CELESTE MARIE R. CRUZ • JOHN PAUL V. DE LEON
MARIA FAITH B. DEPARUCAT • JOM A. DE VENECIA • VICENTE C. DUMBRIQUE, JR. • MICHELLE ANN G. IBLUM • NA LINA G. ESPINA • LIANNE MARIE B. GERVARIO • ANGEL LOVE M. GO • GORDAIG D.V. DO SI
KATRINA P. DE LEON • ... • CARMEN AGNUS G. RAMIREZ • ... • ...