United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INC21.COM CORPORATION
d/b/a GLOBAL YP.NET

                    Plaintiff,

        v.

SHEILA FLORA, TRACY GOMEZ, HUBBUB
INC., LKU COMMTECH CENTRAL,
12C-INTELLIGENCE TO COMMUNICATE,
INC., INTELCON CALL CENTER, BADOLES,
INC., PELAMIS BPO SOLUTIONS, PROLIFIC
CONTRACT CENTRAL, TECHNO CALL
CORP., DIGICALL INC., SYNERGY
SOLUTIONS, and CONTACT CENTRAL
SOLUTIONS, INC.,

                    Defendants.

_____/

No. C 08-02967 WHA

**ORDER VACATING HEARING
FOR MOTION FOR DEFAULT
JUDGMENT AND
REQUESTING RESPONSE
FROM PLAINTIFF**

        In this action, plaintiffs move for default judgment.  The burden is on plaintiff to prove

that this Court has personal jurisdiction over defendants and that the defendants were properly

served in accordance with the Hague Convention, federal law, and/or state law.  To provide

plaintiff with time to address this issue, the hearing currently scheduled for November 20,

2008, is VACATED and rescheduled for DECEMBER 4, 2008, AT 8:00 AM.  Plaintiff is requested

to submit a five-page submission on this issue on NOVEMBER 20, 2008 AT NOON.

        **IT IS SO ORDERED.**

Dated: November 13, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE