**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INC21.COM CORPORATION
d/b/a GLOBAL YP.NET

    Plaintiff,

  v.

MA SHEILA FLORA, TRACY GOMEZ,
HUBBUB INC., LKU COMMTECH CENTRAL,
I2C-INTELLIGENCE TO COMMUNICATE,
INC., INTELCON CALL CENTER, BADOLES,
INC., PELAMIS BPO SOLUTIONS, PROLIFIC
CONTRACT CENTRAL, TECHNO CALL
CORP., DIGICALL INC., SYNERGY
SOLUTIONS, and CONTACT CENTRAL
SOLUTIONS, INC.,

    Defendants.

No. C 08-02967 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants. Plaintiff is awarded damages in the amount of $2,813,823 as follows: (i) defendant Hubbub Inc. shall pay, jointly and severally with defendant Gomez, liquidated damages of $40,000; (ii) defendant LKU Commtech Central shall pay, jointly and severally with defendant Flora, liquidated damages of $112,000; (iii) defendant I2C-Intelligence to Communicate, Inc. shall pay, jointly and severally with defendant Flora, liquidated damages of $121,000; (iv) defendant Intelcon Call Center shall pay, jointly and severally with defendant Flora, liquidated damages

of $14,500; (v) defendant Badoles, Inc. shall pay, severally, liquidated damages of $637,500; (vi) defendant Pelatis BPO Solutions shall pay, severally, liquidated damages of $507,000; (vii) defendant Prolific Contract Central shall pay, jointly and severally with defendant Flora, liquidated damages of $14,000; (viii) defendant Technocall Corp. shall pay, severally, liquidated damages of $590,500; (ix) defendant Digicall Inc. shall pay, jointly and severally with defendant Gomez, liquidated damages of $574,000; (x) defendant Zynergy Solutions shall pay, jointly and severally with defendant Gomez, liquidated damages of $47,500; (xi) defendant Contact Central Solutions, Inc. shall pay, severally, liquidated damages of $154,500; (xii) defendant Gomez shall pay, severally, $1,323.  The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:  December 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE