Joel R. Dichter
Dichter Law LLC
488 Madison Avenue, 10th Flr
New York, NY 10022
(212)593-4202
dichter@dichterlaw.com
(Admitted Pro Hac Vice)


Attorneys for Defendants
INC21.com Corporation d/b/a
INC21, INC21.net, INC21
Communications, Global YP,
Net Opus, Metro YP, JumPage
Solutions, GoFaxer.com and,
FaxFaster.com, Jumpage
Solutions, Inc., GST U.S.A.
Inc, Roy Yu Lin, and John
Yu Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | No. C 10-00022 WHA |
| v. | [~~PROPOSED~~] ORDER AUTHORIZING AND DIRECTING RELEASE OF FUNDS FROM THE REGISTRY OF THE COURT |
| INC21.COM CORPORATION, *et al.*, | |
| Defendants. | |

TO THE CLERK OF THE COURT:

On October 18, 2010 this Honorable Court issued an Order which authorized and permitted release from the Court Registry of Ten Thousand ($10,000.00) Dollars to Attorney Joel Dichter for attorney's fees and expenses. At this time, funds of Defendants, Roy Lin and John Lin, are being held in the Registry of the Court in accordance with General Order No. 31; accordingly it is hereby;

- 1 -

**Case No. 10-22 ORDER AUTHORIZING AND DIRECTING RELEASE OF FUNDS FROM THE REGISTRY OF THE COURT**

ORDERED that the Clerk of the Court shall disburse from the Registry of the Court the amount of Ten Thousand ($10,000.00) Dollars from the account of Roy Yu Lin, payable to Dichter Law, LLC by issuance and mailing of a check to Joel R. Dichter, Dichter Law, LLC, 488 Madison Avenue, 10th Floor, New York, NY 10022.

IT IS SO ORDERED

Date:_ October 22, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE